# United States District Court

CENTRAL DISTRICT OF ILLINOIS

MARK S. URIOSTE

v.

NURSE C. NELSON, ET AL.

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 04-1380

**FILED**
OCT 29 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, MARK S. URIOSTE, declare that I am the (check appropriate box)

☒ petitioner/plaintiff    ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant   ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

BY REASON OF MY MENTAL AND PHYSICAL DISABILITY I RECEIVED EXCESSIVE AND CRUEL AND UNUSUAL PUNISHMENT

In further support of this application, I answer the following questions.

1. Are you presently employed?                                                Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   SINCE APRIL 30, 1999 I SPENT 7 TIMES IN SEGREGATION UNABLE TO WORK

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends?                     Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐    No ☒
   d. Gifts or inheritances?                                    Yes ☐    No ☒
   e. Any other sources?                                        Yes ☒    No ☐

RECEIVED
OCT 29 2004
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK S. URIOSTE )
Plaintiff )
)
)
vs. )  Case No. 04-1380
)
NURSE C. NELSON )
LIEUT. ERNESTING DANIELS )
COUNSELOR ROSS-ANDERSON )
NEDRA CHANDLER )
Defendant(s) )

## COMPLAINT

[x] 42 U.S.C. §1983 (suit against state officials for constitutional violations)

[ ] 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

[x] Other THE AMERICANS WITH MENTAL-PHYSICAL DISABILITIES ACT OF 1990

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, MARK S. URIOSTE, and states as follows:

My current address is: DIXON CORRECTIONAL CENTER, DPU & STC 2600 N. BRINTON AVE. DIXON, ILL. 61021

The defendant C. NELSON, is employed as NURSE at DIXON PSY. UNIT

The defendant E. DANIELS, is employed as LIEUTENANT at DIXON PSY. UNIT

The defendant ROSS, is employed as COUNSELOR at DIXON PSY. UNIT

The defendant N. CHANDLER, is employed as ACTING WARDEN at DIXON PSY. UNIT.

(revised 9/96)

The defendant MARY HENRY, is employed as SUPERINTENDENT & LIET. GORMAN at DIXON PSY. UNIT

Additional defendants and addresses TO BE ADDED AS NECESSARY - THE ADDRESS OF ALL ABOVE DEFENDATS ARE: DIXON CORRECTIONAL CENTER, 2600 N BRINTON AVE. DIXON, ILLINOIS 61021

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☐   No ☑

If yes, please describe DOES NOT APPLY

B. Have you brought any other lawsuits in state or federal court while incarcerated?   Yes ☐   No ☑

C. If your answer to B is yes, how many? N/A - Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:

    Plaintiff(s) N/A

    Defendant(s) N/A

2. Court (if federal court, give name of district; if state court, give name of county)

    N/A

3. Docket Number/Judge N/A

2

4. Basic claim made  N/A

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)  N/A

6. Approximate date of filing of lawsuit  N/A

7. Approximate date of disposition  N/A

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑   No ☐
If your answer is no, explain why not  DOES NOT APPLY

C. Is the grievance process completed?   Yes ☑   No ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

3

## STATEMENT OF CLAIM

Place of the occurrence   DIXON PRISON, PSY. UNIT

Date of the occurrence   ABOUT SEPT. 26, 2004

Witnesses to the occurrence   REVEALED AT APPROPRIATE TIME

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

WHERE? DIXON CORRECTIONAL CENTER, STC = PSYCHIATRIC UNIT, HOSPITAL DISPENSARY-

WHEN? ABOUT SEPTEMBER 26, 2004 - UP UNTILL TODAY.

WHO? AND WHAT?

FOR OVER SEVEN (7) YEARS I HAVE BEEN A STATE PRISONER IN THE PSYCHIATRIC UNIT OF PRISON - WHILE RECEIVING DAILY PSYCHIATRIC DRUGS AND TREATMENT.

I WENT TO HOSPITAL TO RECIEVE MY PRESCRIBED EYE DROPS - IN THE PROCESS - I ACCIDENTALLY LOST MY BALANCE [ALL MY LIFE AND NOW I HAVE EXTREME DIFFICULTY SPEAKING AND WALKING AND, KEEPING MY BALANCE] [RELATIVES AND FRIENDS CAN SUPPORT THIS]

4

ON OR ABOUT SEPTEMBER 26, 2004, WHEN I WENT TO PRISON HOSPITAL TO RECEIVE MY PRESCRIBED EYE DROPS WHILE EYE-DROPS WERE BEING PUT IN, WHILE I WAS ~~STANDING~~ SITTING, I ACCIDENTALLY LOST MY BALANCE AND GRAB OR TOUCHED NURSE SO I WOULD NOT FALL ON HARD FLOOR. NEXT-

NURSE AND ESCORTING OFFICER SAID I DID THAT INTENTIONALLY AND WROTE ME DISCIPLINARY REPORT FOR ASSAULT AND SEXUAL MISCONDUCT WHILE CALLING ME RETARDED LIAR AND SEXUAL PERVERT. THEN THE PRISON DISCIPLINARY COMMITTEE LIET. ERNESTINE DANIELS, COUNSELOR ROSS ANDERSON AND OTHER DEFENDANTS ILLEGALLY, UNLAWFULLY, AND UNCONSTITU- TIONALLY FOUND ME GUILTY RESULTING IN ME BEING PLACED IN SEGREGATION AND X-HOUSE WHERE I HAVE (1) MORE RESTRICTIONS (2) DENIED RIGHT TO ATTEND CATHOLIC CHURCH. I AM DEVOUT CATHOLIC, AND ALTER BOY. I AM DENIED MY U.S. VETERANS RIGHTS TO ATTEND VETERAN'S MEETINGS

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

① LEAVE TO FILE AND PROCEED IN FORMA PAUPERIS GRANTED. ② DECLARATORY JUDGMENT, ③ TEMPORARY RESTRAINING ORDER AND PERMANENT INJUNCTION ④ I BE GIVEN $1,000.00 FOR EVERY DAY I AM KEPT CONFINED IN X-HOUSE DPU ⑤ I HAVE MY HEMMOROIDS TAKEN OUT OR PROPERLY TREATED ⑥ I REQUEST $50000.00 FOR AWARD OF CONSTITUTIONAL, COMPENSATORY, AND CUMULATIVE AND PUNITIVE DAMAGES AND INJURIES PAIN & SUFFERING.

**JURY DEMAND**      Yes ☒      No ☐

Signed this 26th day of OCTOBER 2004

x Mark. S. Uriosti N-87529
(Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| MARK S. URIOSTI | N-87529 |
| Address: | Telephone Number: |
| DIXON STATE PRISON | |