# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA
## VIDEO WRIT

| CASE NAME:<br>Urioste v. Nelson, et al. | CASE NO.<br>04-1380 | Beginning Date of Hearing:<br><br>12/10/04 | Type of Hearing: Case Management Hearing - Length of Hearing: 1 hour |
|---|---|---|---|

**TO: THE WARDEN OF DIXON CORRECTIONAL CENTER**

   WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Mark S. Urioste | N-87529 | Dixon Corr Ctr | 12/10/04 | 10:00 a.m. |
| Judge Harold A. Baker | n/a | Urbana Federal Court | 11/03/04 | 10:00 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |

Dated: November 16, 2004                    JOHN M. WATERS, CLERK
                                            UNITED STATES DISTRICT COURT

                                            BY: _____
                                                DEPUTY CLERK

CC: Plaintiff, Urbana Video Clerk, all counsel
 Faxed to: Warden of Dixon Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98