E-FILED
Monday, 29 November, 2004 11:24:46 AM
Clerk, U.S. District Court, ILCD

DATE SUNDAY - NOVEMBER 21,2004

IN THE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CASE NAME: URIOSTE V. NELSON ET AL
CASE NUMBER 1:04-CV-1380
ASSIGNED JUDGES - JAG
AND HONORABLE-HAROLD A. BAKER

FILED
NOV 26 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

A PRO SE INFORMA PAUPERIS.

"MOTION FOR DECLARATORY
JUDGMENT BASED ON PRIMA
FACIE CONTENTS OF THIS MOTION"

I REQUEST PURSUANT TO
FED. RULES CIV. PROC. RULE 56(F)
AFFIDAVIT-THAT THIS MOTION
TAKE PRECEDENT OVER ANYTHING
I SAY OR DO AT THE VIDEO MERIT REVIEW
HEARING SET FOR 12/10/2004

SINCERELY YOURS,
X Mark S. Urioste

BECAUSE I AM
MENTALLY AND
PHYSICALLY DISABLED
AND I HAVE GREAT
TROUBLE SPEAKING
AND BODY MOVEMENTS

X MARK S. URIOSTE - N-87529
DIXON CORRECTIONAL CENTER
X - HOUSE; B-59
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021

# BRIEF HISTORY OF THIS PLAINTIFF

I REQUEST A LIBERAL INTERPRETATION OF MY PLEADING BECAUSE I AM NOT A LAWYER —

I AM A STATE PRISONER AND MENTAL PATIENT CONFINED IN THE PSYCHIATRIC SECTION OF PRISON FOR OVER 18 STRAIGHT YEARS!

I HAVE GREAT DIFFICULTY SPEAKING, TALKING AND KEEPING MY BALANCE WHEN SITTING, WALKING, OR STANDING! [ALSO - WRITING]

BECAUSE OF ABOVE UNCONTROLLABLE, SPEAKING AND BODY MOVEMENTS SOME PRISON OFFICIALS, PRISON INMATES, POKE FUN AT ME AND CALL ME DEROGATORY NAMES LIKE "RETARD", "IDIOT", "MORON", "IMBICILE", MENTALLY RETARDED - VIOLATING MY RIGHTS PROTECTED BY "THE AMERICANS WITH MENTAL AND PHYSICAL DISABILITIES ACT OF 1990"

SINCERELY YOURS,
X mark. S Christe

CONSTITUTIONAL STATEMENT

PURSUANT TO: 28 U.S.C. § 1746 AND 18 U.S.C. § 1621 - I MARK S. USIOSTE, NOW STATE, CLAIM, AND ALLEDGE THAT THE CONTENTS OF THIS LEGAL DOCUMENT IS TRUE IN FACT AND SUBSTANCE.

— JURISDICTION —

42 U.S.C. § 1983 AND FED. R. CIV. PROC. RULE 8(a) — FOR A LIBERAL INTERPRETATION OF THIS PRO SE DOCUMENT-OF NOTICE PLEADING APPLY — MONROE-V- PAPE, 365 U.S. 167 - 187 (1961)

FOR A LIBERAL INTERPRETATION OF A PRO SE PRISONER APPLY - HAINES -V- GOVERNOR, OF ILLINOIS, KERNER, U.S. SUP. CT. (1972), CRUZ-V-BETO, 405 U.S. 319 (1972), FARMER -V- BRENNAN, 511 U.S. 825, 835 - 40 (1994)

FOR A LIBERAL INTERPRETATION OF A PRO SE MENTAL PATIENT - APPLY YOUNGBERG -V- ROMEO, 457 U.S. 307 (1982); ATKINS - V- VIRGINIA, 122 S. CT. 2242 (2002)

SINCERELY YOURS,
Mark. S. Usioste

SUPPLEMENTAL CODIFIED
PENDENT JURISDICTION

I NOW EVOKE PURSUANT TO
28 U.S.C. 1367 AS IS DEFINED
IN - U.S. - V - UNITED MINE WORKERS
OF AMERICA 33° U.S. 258 (1947),
MONROE - V - PAPE, 365 U.S. 167-
187 (1960)

THE CONSTITUTION OF THE
STATE OF ILLINOIS, ARTICLE I
BILL OF RIGHTS, SEC (1) INHERENT
AND INALIENABLE RIGHTS ET SEQ,
SEC (2) DUE PROCESS AND EQUAL
PROTECTION OF THE LAW ET SEQ, (3)
RELIGIOUS FREEDOM ET SEQ (4) FREEDOM
OF SPEECH, ET SEQ (5) RIGHT TO
ASSEMBLE AND PETITION, ET SEQ.
7. INDICTMENT AND PRELIMINARY
HEARING ET SEQ, 8. RIGHTS AFTER
INDICTMENT, ET SEQ (11) LIMITATION OF
PENALTIES AFTER CONVICTION, ET SEQ
(19) NO DISCRIMINATION AGAINST THE
HANDICAPP (24) RIGHTS RETAINED ET SEQ.
     ALL ABOVE APPLICABLE TO FEDERAL
COURTS THROUGH - U.S. CONST. AMENDS-
1st, 5th, & 14th.
                    SINCERELY YOURS
                    X Mark S. Uriosh

STATEMENT OF FACTS

I AM A U.S.A. BORN NATURALIZED CITIZEN AND RESIDENT OF THE STATE OF ILLINOIS

(A) ALL DEFENDANTS ARE GUILTY OF ACTING UNDER COLOR OF ILLINOIS STATE PRISON LAW TO ABUSE AND MISUSE THEIR POWER AND AUTHORITY BY KNOWINGLY AND INTENTIONALLY.

(1) LOCKING ME UP IN SEGREGATION FOR ONE MONTH, (2) PLACING ME IN C GRADE FOR ONE MONTH, (3) TAKING SIX MONTHS VISITING RIGHTS AND PRIVILEGES FROM ME - AT SHAM ILLEGAL UNLAWFUL AND CONSTITUTIONAL DISCIPLINARY HEARING HELD BY LIEUTENANT ERNESTINE DANIELS-AND COUNSELOR ROSS -

(1) AT SAID HEARING I WAS DENIED FULL FAIR AND IMPARTIAL HEARING, I WAS DENIED RIGHT TO PRODUCE ANY WITNESSES OR WRITTEN MEDICAL EVIDENCE ON MY BEHALF I WAS DENIED RIGHT TO CROSS EXAMINE THEIR WITNESSES AND - DENIED FAIR SENTENCE

## BRIEF STATEMENT OF THE ALLEGATIONS AND CLAIMS

MY LEGALLY SUFFICIENT CLAIMS THAT ARE NOT FRIVOLOUS OR MALICIOUS AND CLAIMS WHICH RELIEF MAY BE GRANTED!

(1) DENIED AND DEPRIVED PAST ADEQUATE EFFECTIVE MEDICAL TREATMEN WITH INTENTIONAL CRIMINAL DELIBERATE INDIFFERENCE FOR PAINFUL WART ON MY ANUS!
>>>FOR PAST THREE (3) MONTHS
APPLY - RUIZ - V - ESTELLE, 679 F.2d 1115 (5th. Cir. 1982); ESTELLE - V - GAMBLE, 429 U.S. 97 (1976); HELLING - V - MCKINNEY, 509 U.S. 25 (1993)
TO THE POINT OF CONSTITUTING EXCESSIVE AND CRUEL UNUSUAL PUNISHMENT -
APPLY ALL LAWS AND CASES CITED IN FARMER - V - BRENNAN, 511 U.S. 825, 835 - 40 (1994); HUDSON - V - MCMILLAN, 503 U.S. 1, 2 8 (1992) ESTELLE - V - GAMBLE, SUPRA

SINCERELY YOURS,
X Mark S. Kroush

I AM NOW SUEING THE
PRISON STATE OFFICIALS AS
PERSONS BEING RESPONSIBLE
FOR THE NATURAL CONSEQUENCES
OF THEIR OWN ACTIONS AS
IS DEFINED IN
    MONROE-V-PAPE 365 U.S.
167-187 (1961), U.S.-V-NIXON, U.S.A
PRESIDENT ETAL 418 U.S. 683
(JULY 24, 1974) [ U.S.A PRESIDENT
AND HIS OFFICIALS NOT IMMUNED
FROM CRIMINAL CHARGES ]

    CLINTON U.S.A. PRESIDENT ETAL
-V-JONES, 502 U.S. 861 (DECIDED,
MAY 27 1997) [ U.S.A. PRESIDENT
NOT IMMUNED FROM CIVIL ACTIONS
AND MONETARY RELIEF WHILE
IN OFFICE ]

    ALL CASES AND LAWS CITED
IN, BIVENS-V-SIX UNKNOWN
NAMED FEDERAL NARCOTIC AGENTS
403 U.S 388 (1971); CARLSON
-V-GREEN, 446 U.S. 14 (1980);
GENTRY-V-DUCKWORTH, 65 F 3d
555 (7th Cir. 1995

                SINCERELY YOURS
            (X Mark S. Umosti

MORE DETAIL STATEMENT OF
FACTS AND ALLEGATIONS OF
DENIAL OF DUE PROCESS AND
EQUAL PROTECTION OF THE LAW
AND EXCESSIVE UNFAIR SENTENCE "

LOCATION: DIXON PRISON, R3//
UNIT. DATE SEPTEMBER 26, 2004
SUNDAY, AT ABOUT 130 P.M. IN
THE PRISON HOSPITAL.
WHILE "NURSE NELSON" WAS
PUTTING EYE-DROPS IN MY
EYES ~ MY HAND ACCIDENTALLY
TAP HER THIGH WHEN I LOST
MY BALANCE SITTING DOWN
BECAUSE SHE WAS STANDING
SO CLOSE TO ME!

NURSE NELSON, LIED AND
TOLD OFFICER-LIEUTENANT-GORMAN
THAT I HAD INTENTIONALLY RUBBED
HER THIGH. LIEUTENANT GORMAN
IMMEDIATELY HANDCUFFED ME
BEHIND BACK WHILE CALLING ME
A PERVERT = THEN LOCKED ME UP
IN PUNITIVE SEGREGATION DEPRIVED
OF ALL MY PERSONAL PROPERTY, ECT.
                SINCERELY YOURS
            X   Mark S. Hurst

## PERSONAL LIABILITY

I CLAIM HEREIN NAMED AND
UNNAMED DEFENDANTS PERSONALLY
PARTICIPATED WITH INTENT AND
KNOWLEDGE OF THE ILLEGAL,
UNLAWFUL UNCONSTITUTIONAL
VIOLATIONS AND DEPRIVATIONS
OF MY U.S. CONSTITUTIONAL RIGHTS
OF WELL-ESTABLISHED LAWS
THEY KNEW OR SHOULD HAVE
KNOWN ABOUT OR THEY GAVE THE
ORDERS AND DIRECTIONS TO CAUSE
SAID VIOLATIONS OF MY RIGHTS
AS IS DEFINED IN THE CASES
OF:

CLINTON U.S. PRESIDENT ET AL
-V- JONES, 502 U.S. 861 (DECIDED
MAY 27, 1997); MONROE -V- PAPE, 365
U.S. 167-187 (1961); RUIZ-V- ESTELLE
679 F.2d 1115 (5th Cir 1982), MONNELL -V-
DEPT OF SOCIAL SERVICES CITY OF NEW
YORK 436 U.S. 658 (1978)

SEE-AND APPLY 7th Cir U.S. CASES:
WOLFF LILLIE-V-SONGUIST, 699 F.2d
864 (7th. Cir 1983; CROWDER -V- LASH,
687 F.2d 996 (7th Cir 1982
APPLY CAREY-V- PIPHUS, 435 U.S. 247 (1978

SINCERELY YOURS
X Mark S. Wooten

ILLINOIS PRISON OFFICIALS NOT IMMUNED"

I NOW CLAIM I AM SUEING ALL
THE HEREIN NAME DEFENDENTS
IN THEIR INDIVIDUAL, AND IN
THERE OFFICIAL AND UNOFFICIAL
CAPACITY - AND THEY ARE NOT
IMMUNED FROM DECLARATORY
JUDGMENT, INJUNCTIONS, OR
MONETARY AWARD - AS IS
DEFINED IN ALL BELOW STATE
CASES AND, LAWS AND CASES CITED
IN THEM:

MONROE -V- PAPE, 365 U.S.
167-187 (1961), RUIZ -V- ESTELLE,
679 F 2d 1115 (5th Cir. 1982),
LABATT -V- WARDEN TWOMEY, 513
F 2d 641 (7th Cir. 1975);

HAYES -V- THOMPSON, ILL STATE
GOVERNOR ET AL, 637 F 2d 483
(7th Cir. 1980), HANES -V- KERNER
GOVERNOR STATE OF ILLINOIS, ET AL
404 U.S. 519, 520 (1972), LITTLE -V-
WALKER, ILLINOIS STATE GOVERNOR
ET AL, 552 F 2d 193, 197 (7th Cir. 1977),
STRINGER -V- ROWE, DIR ILL DEPT.
OF CORRECTIONS, 616 F 2d 993
(7th Cir. 1980)

SINCERELY YOURS
X Mark S. Urioste

EXHIBITS "A" KCt

EXHACITS Rod R. Blagojevic
OF                              Governor

PRISON

**Illinois**
Department of
**Corrections**

PRISEN

ACMODIES          Roger E. Walker,
                          Director

Dixon Correctional Center / 2600 N. Brinton Avenue / Dixon, IL 61021 / Telephone: (815) 288-5561 / TDD: (800) 526-



M E M O R A N D U M

DATE:        11/8/04

TO:          Name Urieste _____ #IDOC N87529
             Housing Unit B

FROM:        James Martens, Grievance Officer

Nature of Grievance _____ Teatment

Your Grievance is being returned due to the following reason(s):

- [ ] MGT/SMGT is an Administrative decision; therefore this issue will not be addressed further
- [ ] Use proper Committed Persons Grievance Report form (DOC 0046)
- [ ] Contact your assigned counselor
- [ ] Issue too vague; submit additional and specific information
- [ ] Correspondence/Request misdirected
- [ ] Unable to determine nature of grievance
- [ ] Nature of grievance and relief requested are two separate issues – clarify and resubmit
- [x] Not submitted in a timely manner; issue is over two months old
- [ ] Issue previously grieved
- [ ] Inmates may not submit grievances for other inmates; only personal relief may be requested
- [ ] Requests for restoration of GCC should be forwarded to the Adjustment Committee; if denied utilize the grievance process to appeal
- [ ] Illegible; resubmit legible copy for consideration
- [ ] Address concerns to the Illinois Prisoner Review Board, 319 E. Madison St., Suite A, Springfield, Illinois 62701
- [ ] Contact the Record Office with your request and/or additional information
- [ ] This issue is outside the jurisdiction of Dixon Correctional Center
- [ ] Forward directly to the Administrative Review Board
- [ ] Need to appear before the Adjustment/Program Committee prior to review
- [x] No justification for further consideration
      Comments You clo not indicate that you seen the
      doctor or reported no such care in the last
      2 months. Sign up for such care.

                                    _____
                                    Grievance Officer

cc:    file

**ILLINOIS DEPARTMENT OF CORRECTIONS**
## COMMITTED PERSON'S GRIEVANCE

*EXHIBIT B*

| Date: 11-5-2004 | Committed Person: (Please Print) MARK URIOSTE | ID#: N87529 |

Present Facility: *DIXEN X - HOUSE*    Facility where grievance issue occurred: *DIXEN DPU*

**NATURE OF GRIEVANCE:** *04-11-38*

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ___/___/___     _____
      Date of Report                        Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
   Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
   Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
   Chief Administrative Officer, only if EMERGENCY grievance.
   Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: *PURSUANT TO: I.D.O.C. RULE 504 F. GRIEVANCE. I NOW CLAIM AND ALLEDGE THAT FOR MANY MONTHS THE MEDICAL STAFF HAVE REFUSED TO GIVE BASIC MEDICAL TREATMENT AND ATTENTION FOR MY PAINFUL HEMORROIDS WITH DELIBERATE INTENTIONAL INDIFFERENCE AND AWARNESS AND KNOWLEDGE THAT SAID ACTION CONSTITUTE CRUEL, UNUSUAL, EXCESSIVE PAIN AND PUNISHMENT - WITH SADISTIC AND MALICIOUS INTENT SIMPLY TO CAUSE INFLICTING PAIN*

Relief Requested: *I NOW REQUEST MY HEMORROIDS BE IMMEDIATLY REMOVED OR OTHER SUCCESSFUL SATISFACTORY TREATMENT TAKE PLACE!*

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| *Mark S. Urioste* | *N87529* | *11, 5, 2004* |
| Committed Person's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

### Counselor's Response (If applicable)

Date Received: ___/___/___     [ ] Send directly to Grievance Officer     [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

| Print Counselor's Name | Counselor's Signature | Date of Response ___/___/___ |

---

### EMERGENCY REVIEW

Date Received: ___/___/___     Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

| Chief Administrative Officer's Signature | Date |

ILLINOIS DEPARTMENT OF CORRECTIONS

*EXHIBIT - C*
*04-10-50*

## COMMITTED PERSON'S GRIEVANCE

| Date: | Committed Person: (Please Print) PReSAint MARK, S. UR.iSh | ID#: N-87539 |
|---|---|---|

| Present Facility: | Facility where grievance issue occurred: H.C.U. DispensARy |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] Other (specify): C-8

[x] Disciplinary Report: 9 / 26 / 04    by R.N. C. NElson she lied!
Date of Report          Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 103' AsSAult 4 107' sexnal Misconduct
while Recievin EyE dRops into his Eyes. URioste Touched 4 Tried to
Rub This R.N'S ouTeR(R) Thigh. This R.N observed URioste looking 4smiling
At This R.N. when touching R.N'S thigh.

Truth-Sure I tApped her Not Knowin where my RightAnd Tears I have
2 memo's ThAt Proves it: One As EARly As 2,000 AgAin 2 strAws AwK' but not
once did she mention I sAid wAs sorry! The story chAnged After Seen by
Lt GoRmAn, Sure I tAp but I didn't Rub her thigh Hww sm. I no teeth?

**Relief Requested:** I would like to Get nAme cleared before leavin, I would like to
HAVe R.N.C. NElson TAKe lie detectoR test! CAuse After Seein, Lt. GoRmAn
The stoRy chAnged! leave GoPlAce with An HeARt + some compAssion!

[ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____    _____    ___/___/___
Committed Person's Signature          ID#          Date

**(Continue on reverse side if necessary)**

---

### Counselor's Response (if applicable)

| Date Received: 10 / 1 / 04 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** Due to dealing with an IDR, this is referred directly to IIB.

_____    _____    10/26/04
Print Counselor's Name          Counselor's Signature          Date of Response

---

### EMERGENCY REVIEW

**Date Received:** ___/___/___

Is this determined to be of an emergency nature?

- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____          ___/___/___
Chief Administrative Officer's Signature          Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

I seen Lt. ms. DAniels 9-30 Thursday, I heard my Ticket, I'm Innocen T30
I Feel I should Get Time served!!

ILLINOIS DEPARTMENT OF CORRECTIONS

**COMMITTED PERSON'S GRIEVANCE**

EXHIBIT-D
04-11-36

| Date: 11-5-2004 | Committed Person: (Please Print) MARK URIOSTE | ID#: N87529 |
|---|---|---|
| Present Facility: DIXON X-HOUSE | Facility where grievance issue occurred: DIXON DPU | |

**NATURE OF GRIEVANCE:**

☐ Personal Property  ☐ Mail Handling  ☐ Restoration of Good Time  ☑ Disability
☐ Staff Conduct  ☐ Dietary  ☐ Medical Treatment  ☒ Other (specify) U.S. VETERAN
☐ Transfer Denial by Facility  ☐ Transfer Denial by Transfer Coordinator

☐ Disciplinary Report: ___/___/___
　　　　　　　Date of Report　　　　　　　　　　　Facility where issued

Note:　Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

　Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
　Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
　Chief Administrative Officer, only if EMERGENCY grievance.
　Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary
　administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief
　Administrative Officer.

Brief Summary of Grievance: PURSUANT TO I.D.O.C. RULE 504 F
GRIEVANCE I NOW ALLEDGE AND CLAIM
THE EVIDENCE WILL SHOW SUPPORT AND
ESTABLISH THE FACT THAT I SERVED IN
THE US MILITARY WITH HONORABLE DISCHARGE
FROM U.S.A MARINES BUT HERE IN THIS
DPU X-HOUSE I AM DENIED THE RIGHT
TO ATTEND REGULAR OR ANY VETERAN
MEETINGS HERE SIMPLY BECAUSE I AM
PRESENTLY CONFINED IN DPU X-HOUSE.

Relief Requested: I NOW REQUEST THE RIGHT TO ATTEND
US VETERANS MEETINGS AS PRISONERS HERE
IN DIXON STC ARE ALLOWED TO.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Mark E. Urioste　　　　　　　　N87529　11, 5, 2004
Committed Person's Signature　　　　　　　　ID#　　　Date

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date Received: 11, 8, 04　　☐ Send directly to Grievance Officer　☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: I talked to Ms Bridge. Due to the security
level of inmates housed in the DPU they are not allowed
to attend meetings. You can send Ms Bridge a note/request
to speak to her at any time.

CCII _____　　　　　　　_____ 11, 9, 04
Print Counselor's Name　　　　　　Counselor's Signature　　　Date of Response

---

**EMERGENCY REVIEW**

Date Received: ___/___/___　　Is this determined to be of an emergency nature?　☐ Yes, expedite emergency grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ No; an emergency is not substantiated.
　　　　　　　　　　　　　　　　　　　　　　　　　　Committed person should submit this grievance
　　　　　　　　　　　　　　　　　　　　　　　　　　in the normal manner.

_____　　　　　　　　　　___/___/___
Chief Administrative Officer's Signature　　　　　　　　　　　　　Date

Distribution: Master File; Committed Person　　　Page 1　　　DOC 0046 (Eff. 10/2001)
　　　　　　　　　　　　Printed on Recycled Paper　　　　　　　(Replaces DC 5657)

*EXHIBIT - F*

DIXON CORRECTIONAL CENTER
MEDICATION, TREATMENT, AND INFORMATION SHEET
HEALTH CARE UNIT

DATE: 9-8-04

____ INMATE COPY ____ CONTROL ROOM COPY ____ DISPENSARY COPY

INMATE Urioste, Mark          # N87329
        name                    number

____ REPORT TO DISPENSARY FOR ____ MEDICATION ____ TREATMENT ____ BLOOD WORK ____ INFORMATION

____ AT _____ UNTIL _____ .
        time or times            date - time

____ MAY COME AS NEEDED FOR MEDICATION OR TREATMENT _____ / _____
                                            time or frequency        stop date

____ MAY HAVE _____ IN CONTROL ROOM TO BE USED _____ / _____
                                                      time or frequency    stop

____ MAY HAVE _____ IN HIS PERSONAL PROPERTY TO BE USED _____ / ____
                                                              frequency    stop

____ MAY HAVE ____ LIGHT DUTY ____ LAY IN _____ OR UNTIL _____ .
                                      # of days            date

__X__ OTHER May have 2 straws per week
             to use to drink              L Cadyfw          RN

DCA 21527
IL 426-4738

---

DIXON CORRECTIONAL CENTER
MEDICATION, TREATMENT, AND INFORMATION SHEET
HEALTH CARE UNIT

*EXHIBIT -E*

DATE: 3/3/03

____ INMATE COPY __✓__ CONTROL ROOM COPY ____ DISPENSARY COPY

INMATE Urioste Mark          # _____
        name                    number

____ REPORT TO DISPENSARY FOR ____ MEDICATION ____ TREATMENT ____ BLOOD WORK ____ INFORMATION

____ AT _____ UNTIL _____ .
        time or times            date - time

____ MAY COME AS NEEDED FOR MEDICATION OR TREATMENT _____ / _____
                                            time or frequency        stop date

____ MAY HAVE _____ IN CONTROL ROOM TO BE USED _____ / _____
                                                      time or frequency    stop

____ MAY HAVE _____ IN HIS PERSONAL PROPERTY TO BE USED _____ / ____
                                                              frequency    stop

____ MAY HAVE ____ LIGHT DUTY __✓__ LAY IN _____ OR UNTIL Indefinably .
                                      # of days            date

____ OTHER

DCA 21527
IL 426-4738                                              RN

*EXHIBIT - C*

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

| Grievance Officer's Report |
|---|

**Date Received**: October 30, 2004      **Date of Review**: November 2, 2004      **Grievance #** (optional): 04-10-50

**Committed Person**: Urioste, Mark                                        **ID#**: N87529

**Nature of Grievance:** Disciplinary Report

**Facts Reviewed:** Based upon the Disciplinary Report dated 09-26-04, Adjustment Committee Summary dated 09-30-04, this Grievance Officer is reasonably satisfied Inmate Urioste committed the offense of 102 Assaulting any Person (Staff). Reports indicate Nurse Nelson was putting eye drops in Inmate Urioste eyes, when Inmate Urioste touched and tried to rub Nurse Nelson's thigh. Nurse Nelson observed Inmate Urioste smiling at her (Nelson) while touching Nurse Nelson's thigh. Inmate Urioste admits he tapped her but he claims that his hand jerks (uncontrollably) and it was accidental. This Grievance Officer notes the Adjustment Committee deleted 107 Sexual Misconduct and found Inmate Urioste guilty of making physical contact with staff.

**Recommendation:** Based upon a total review of all available information and a compliance check of procedural due process safeguards in accordance with Department Rule 504, this Grievance Officer recommends this grievance be denied.

James Martens
Print Grievance Officer's Name                      Grievance Officer's Signature
**(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)**

| Chief Administrative Officer's Response |
|---|

**Date Received:** 11/2/04            ☑ I concur        ☐ I do not concur        ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                                      11/2/04
                                                                              Date

| Committed Person's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. **(Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)**

Committed Person's Signature                      ID#                      Date

## DISCRIMINATION IN RELIGIOUS SERVICES

I AM A DEVOUT CATHOLIC RELIGION - SINCE I HAVE BEEN IN X-HOUSE DPU - I BEEN DENIED THE RIGHT TO ATTEND CATHOLIC RELIGIOUS SERVICES AND MASS, WHILE OTHER RELIGIOUS DENOMINATIONS ARE ALLOWED TO LEAVE X-HOUSE AND ATTEND THEIR PRESBETERIAN SERVICES ECT.

## DISCRIMINATION IN VETERANS MEETINGS

I AM A U.S.A VETERAN, A EX-MARINE - I SERVED IN THE U.S.A. MILITARY WITH HONORABLE DISCHARGE. SINCE I HAVE BEEN CONFINED TO THIS X-HOUSE DPU - I BEEN DEPRIVED AND DENIED THE RIGHT TO ATTEND ANY VETERANS MEETINGS.

SINCERELY YOURS,
X MARKS WRIGHT

## CONCLUSION

I MARK URIOSTE NOW REQUEST THAT THIS HONORABLE COURT AND JUDGE GRANT ME A DECLARATORY JUDGMENT FOR PRIMA FACIE EVIDENCE OF THIS INSTANT LEGAL DOCUMENT.

### FOR THE FOLLOWING RELIEF

(1). THE PAINFUL WART ON MY ANUS REMOVED QUICKLY, SAFELY AND PAINLESSLY.

(2). RIGHT TO ATTEND CATHOLIC RELIGIOUS SERVICES AND MASS.

(3). RIGHT TO ATTEND VETERANS MEETINGS.

I NOW REQUEST PERMANENT INJUNCTION FOR ABOVE RELIEF.

(4) I NOW REQUEST $500,000.00 FOR ACTUAL GENERAL, COMPENSATORY, EXCULPATORY AND CONSTITUTIONAL AND PUNITIVE DAMAGES OR ANY AMOUNT THIS COURT DECIDE IS FAIR & JUST.

SINCERELY YOURS,

MARK S. URIOSTE-N-87529
DIXON CORRECTIONAL CENTER
X-HOUSE, B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021