Case No. #04-1386

To honorable HAROLD A. Baker,

I'm printing, cause I can't write, being physically & mentally disable! I have difficulty talking & my bodily movement, so please be patient with me! The prison officials are guilty of discriminating against me by reason of my mental & physical disability! While R.N. Nelson was putting eye-drops in my eyes, my right hand accidentally tapped R.N. Nelson right thigh! Immediately apologized to R.N. Nelson, but R.N. told C.O. that I tapped her! Then I left dispensary, sat on bench next to Room 2, Few minutes later sat on bench in dispensary, when Lt. Gorman started reaching for handcuff's. I ask am I going to segregation, Lt. Gorman told me to shut up pervert! I have a medical waste problem! I had an accident they took my underware, refuse to give me a shower before locking up! I got ticket Read's that I rubbed her right thigh, the truth changed when Lt. Gorman coached R.N. Nelson! I was placed in segregation illegally based on false information. At prison disciplinary hearing my U.S. Constitution rights were violated because,

1. Lt. ms. Daniels & counselor Ross, did not give me a full, fair & impartial hearing because?

2. Lt. Daniels & Counselor Ross Did not Allow me To Present Relevant Witnesses & Evidence on my behalf When I was Faced with Serious Prison Rules Violation's!

3. Lt. Daniels & counselor Ross Did not Allow me The Right To Cross Examine R.N. Nelson & H. German When I was Faced with Serious Prison Rule Violations!

Said Examination would Have Proved me Innocent of charge Rubbing R.N. Nelson Right Thigh!

The Defendant R.N. Nelson & other Prison officials Are Guilty of Denying & Depriving me of my U.S. constitution Rights by:

I'm A Roman Catholic That's only Alter boy, while put Illegally in X-house can't go over To wensday morning Catholic mass!

I'm Allnee conghlin marines I was in Inrian Iran Conflict in 1979 I'm Here I couldn't Go to Veterans meeting Even on Veterans Day!

Thank you & God Bless you

Presaint Mark S. Urinste N-87527

Marine Nickname "Freebird"

# THE MIRACLE MAN

MEDicAl DisAbility's    4-30-99  IN DeFinite mediell lAy-in

1. VERy misunderstoid!         13. VERy bAD MEMORy!
2. VERy Poor impulse CONTRol!
3. Poor coorNATion!
4. Speech PRoblem!
5. SAlivA PRoblem!
6. Fluid PRoblem!
7. INTense heat & sweat PRoblem! AnyTime!
8. Poor PenmenShip!
9. Eye's cRoss Too side!         I Try by The loRD!
10. Get Dizzy!                   STARted! PARAlized!
11. I'M HypRoActive!             2. CRipple!
12. HAND shAke's!                3. HANDicApt!

Accident's & PRoblems!           4. Now DisAble!

1. 90 min's NO OXygen!
2. 4 mon's comatess 2 on & 2 off!
3. 7 Time's bRAin-Dead! Died 3 Time's!
4. 114° TemperTure Known As miracle mAN!
5. blood Poison!
6. bone Poison, befoRe 3. MunSin CAST!
7. 3 lung opeRAtion!             DECIARED DisAble by JuDGE
8. bRokin Nose & JAW!            MADDock 11-18-1982
9. WAste PRoblem!

My Philosophy!    I'm RightTeous FAITHFul RomAn cAtholic
1. live FoR ToDAy! with big heart! AbundAnce of compAssion!
2. DReAm FoR ToMORROW! A Good mAn!
3. leARN FRom yESTERDAy! A FoRmeR coRpAl in MARine's!

# WHEN SOMEONE SAYS:
## "You don't know Jack Schitt...."

Now you'll know
the entire story!

Jack Schitt is the only son of O. Schitt and Awe Schitt. O. Schitt, the fertilizer magnate, married Awe Schitt, who later ran the Kneedeep Inn-Schitt. Jack Schitt eventually married Noe Schitt, and together they produced six children.

Holy Schitt, their first child passed on shortly after birth. Next came twin sons, Deep Schitt and Dip Schitt, and then two daughters, Fulla Schitt and Giva Schitt. Their final child, and another son, was named Bull Schitt.

In the meantime, Deep Schitt married Dumb Schitt, a high school dropout. Dip Schitt married Lotta Schitt, and they have a son Chicken Schitt. Fulla Schitt and Giva Schitt married the Happens Brother. The Schitt-Happens children are Dawg Schitt, Byrd Scht and Horace Schitt.

Bull Schitt just married a spicy number, Pisa Schitt, and they're awaiting the arrival of Baby Schitt.

So, now you not only know Jack Schitt, but his entire family as well!

A JOKE!