E-FILED
Wednesday, 08 December, 2004 02:24:03 PM
Clerk, U.S. District Court, ILCD

DATE: FRIDAY, DECEMBER 3, 2004

UNITED STATES DISTRICT COURT
C.D. ILLINOIS

CASE NAME:
URIOSTE v. NELSON ET AL.
CASE NUMBER: 1:04-CV-1380

PRESIDING JUDGE:
HAROLD A. BAKER

FILED
DEC - 8 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

"REQUEST FOR DECLARATORY JUDGMENT" WITH ADDITIONAL FACTUAL INFORMATION"

THE ILLINOIS STATE PRISON OFFICIALS ARE GUILTY OF ILLEGALLY, UNLAWFULLY AND UNCONSTITUTIONAL DENYING AND DEPRIVING ME OF MY U.S. CONSTITUTIONAL RIGHTS.
APPLY ENCLOSED WITH — INFORMATION — AND DECLARATORY JUDGMENT INFORMATION I SENT THIS COURT LAST WEEK!

SINCERELY YOURS,
Mark S. Urioste

MARK S. URIOSTE — N87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

P.S.

Inmate Alex Pulls Down my sweat pants, That's sexual assault but C.O. lenthee thinks it is funny! I couldn't dry my clothes in daytime cause C.O. locked up. I'm 43 yrs old Don't want to be bothered! L.A. Disrespect Name Marine, Calls me a FAG! I'm S.T.C. property superintendent Ms. Henry Illegally put in D.P.U.! I'm teased Disrespects me, I yell C.O. Lock me up! I have no good time cause alot of Bogus Tickets, I have compassion for over 18 yrs I believe in Inmate helping Inmate! They call it trafficking or trading Just for a shot of coffee! C.O. Herman, Treat me bad Totally, I went for shave C.O. says been out for Day room! I been a headset for over 18 yrs I'm S.T.C. Since 4-17-96, Super Ms. Henry Illegally Put me in D.P.U. For 3 months. I'm being punished for being lied on, Took hot pot I use for my medical fluid problem! I am totally innocent only if Judge Chapman would have given A.D.N.A., Why at least 3 times I been refused of! I'm S.T.C. Not D.P.U. so $1,000 A Day, will cover the B.S. I'm treated, I am sending Page 1 of 2 B.S. happen in county Jail, would of send Page 2 but Record office messed up, I will show you the Rest on Friday! I'm indefinitly in These C.O.'s! Inmate treat me perfect, I been Headset over 18 yrs! My Headphone broke so I burn piece on, A man do what A man Do! or I got to wait a month till I buy new headphones! Transfer me!

God Bless you & love in God The Man,
Pre saint + Mark S. Urioste    N-87529

My Right hAnd shakes + Jerks From Head Injury, I Got this memoir the year of 2000!

DIXON CORRECTIONAL CENTER
MEDICATION, TREATMENT, AND INFORMATION SHEET
HEALTH CARE UNIT

___ INMATE COPY  ✓ CONTROL ROOM COPY  ___ DISPENSARY COPY    DATE: 1/23/04

DATE _____ Inmate _Mark_ # N87527
            name              number

___ REPORT TO DISPENSARY FOR ___ MEDICATION ___ TREATMENT ___ BLOOD WORK ___ INFORMATION

AT _____ UNTIL _____.
   time or times          date — time

___ MAY COME AS NEEDED FOR MEDICATION OR TREATMENT _____ / _____
                                                   time or frequency    stop date

___ MAY HAVE _____ IN CONTROL ROOM TO BE USED _____ / _____
                                                      time or frequency    stop

___ MAY HAVE _____ IN HIS PERSONAL PROPERTY TO BE USED _____ / _____
                                                                frequency       stop

___ MAY HAVE ___ LIGHT DUTY ___ LAY-IN _____ OR UNTIL _____.
                                       # of days              date

___ OTHER _May have [illegible]_

_____ RN

A 21527
426-4738

DCA 21-691
IL 426,7836
(Rev. 9/01)

# Hospital

Medication Authorization   PASS

Dixon Correctional Center

The following inmate is authorized to report to the Dispensary at the listed times to receive his medication.

Name: __Urueste__   Number: __N87529__   Housing Unit: __38__   Asgmt: _____

| General Population | STC |
|---|---|
| ____ 8:00 AM-8:30 AM | __X__ 8:30 AM-escorted |
| ____ 12:00 PM-12:30 PM | __X__ 12:30 PM-escorted |
| ____ 5:00 PM-5:30 PM | __X__ 5:30 PM-escorted |
| ____ 8:00 PM-8:30 PM | __X__ 8:30 PM-escorted |

____ Other _____

Effective Date: __9/21/04__   Ending Date: __9/27/04__

Special Instructions: __HCU - eye gtts 2 drops each eye__

Authorized By: __O. Hunt__   Date: __9/21/04__

The PASS Reads says I can Put 2 Eye Drop's Alone, Why they let G.P. Put in by Themself!, Just cause I'm in S.T.C. # Am etheles, Changed truth At Af to Rap' R.N. Nelson changed Ruth when talk to it, Gonna do it, calls me A Pervent!

State of Illinois — Department of Corrections
## Problem List

Resident's Name: Urioste    Resident's Number: N87529

| Problem Number | Date Entered | Problem | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| | | NKA | | |
| 1 | 1/88 | Brain damage due to injury c̄ poor coordination and slurred speech | | |
| II | 1/14/88 | Axis I - Mixed Organic Syndrome<br>" II - Borderline personality<br>" III - Hx of Head Injury (as above) | | |
| III | 5/25/93 | Left 7th & 8th Rib Fractures | | |
| IV | 7/12/94 | Not to use Treadmill due to improper use | | |
| 5 | 12-11-95 | Intra Articular Fx of the Distal Fibula | | |
| | 4-15-96 | MCC PROBLEM LIST UPDATED AS DATE & INT. RHCM. NO Addition  No Changes | | |
| | 1/29/99 | Lay in 1 month → 2/28/99 | | |
| | 4/30/99 | Layin indefinitely | | |
| 6 | 5/22/99 | Personality change secondary to Head Trauma | | |
| | 8/10/99 | Lay in indefnitly | | |
| | 3/10/00 | May have straws @ meals NSD | 8/18/00 | no straw |
| | 11/22/00 | May property box lid off NSD | | |
| | 2/3/03 | Lay Inn Indefinately | | |

DC 7141-A   IL 426-0061   Revised, October, 1986

+ MAD VIOLENT!   My BIBle

# THE MIRACLE MAN

MEDICAL DisAbility's! INDefinite! At in since 4-30-9

1. VERY MisunderStood!   13. VERY bAD memory!
2. VERY PoorImpulse control!
3. Poor coornATion!
4. Speech Problem!
5. SAliVA Problem!
6. Fluid Problem!
7. INTense Heat & sweat Problem! Any Time!
8. Poor Penmenship!
9. EyES CRoSS To side!   ITs For The lord!
10. Get Dizzy!            1. PARALized!
11. I'm HYPROACTIVE!      2. criple!
12. ~~HAND SHAKES~~       3. ~~HANDICAP!~~
    Accidental Problem!   4. Now DisAble!

1. 90 min's No Oxygen!
2. 4 mon's comAtose!
3. 114° Temperature Known As miracle mAn!
4. 7 times brAin DEAD! lASt 3 bites 3 Time's!
5. blood poisen!   DeclAred DisAble by JuDGe MADDocK!
6. bone poisen! before 3 man's in cAst! 11-18-82
7. 3 lung operAtions!
8. broken Nose & JAw in mAdison county!
9. WASTe Problem! I'm Righteous FAithful RomAn Catholic

my PHilosophy! with big HEART! AbunDAnce of compAssion

1. live For Today! A Good mAn & FormEr corpAl in mARine's!
2. DREAM For Tomorrow!
3. lEARN From yesterDAy!

To your Honor,

I was in boy scouts Troop 21, in High school I was on Track & Pole vaulting, I was in Explorer Post 10-4. Got my Diploma & Join the Marines cause Father a Marine, mean, green First in Machine Lance corpal in 15 months! out Joy & smiles a Day. Till the hospital Done Negligience leaving me 90 min. no oxygen. I had Brain-Damage over the yrs I had High Temperator, blood & bone Poison, I have a rod in my Knee! Aug 8 of 1986 Judge Chapman Found me Guilty w/ tons AD.N.A. I Believe Political! Madison County Jail my ___ stop Got Papers when I Got Assualted, Then mendar! the same No Justice Got Bogus Tickets! From Segregation To Dixon etc. I was told To work or Go to Segregation! 1996 to 1999 I worked Dietary & Porter cleaned all walls Dietary was best There! Porter cleaned All 8 showers green scratch pad & sponge, with 3 Chemicals till 4-30-99 I told Dr. Mesrobian I'm Disable! Falling Down & Getting Dizzy, banging my head & Etc! Dr. Made me In Definite medical lay in Place made cause I Don't work For them. 7 times in segregation! Sept/Weinsday, P.A. ms. Colgan Told me I Had Flama tony honor & ___ ids, 9-7 Tuesday seen Dr. Mesrobian said will cut out in A month! Then Sunday 9-26 left 12:30 PM med line Funny 2 Eye Drops in each Eye. G.P. Does it by themself! Cause I'm in S.T.C. R.N. Nelson Think's I'm Retarded,

Continue!

I sat down hands behind chair R.W. Nelson seen close! My right hand shake & jerk I tap her not knowing where. R.W. told officer that I tapped! C.O. had me sit on bench next to room 2 minute's later C.O. told me sit on bench in dispensary! I seen Lt. Gorman walking to me reaching for handcuffs, I ask am I going to segregation lt. says shut-up Peavey! I wonder why sai'd that I got a waste problem happen got there! Ticket back truth changed when seen by Lt. Gorma n he coached her they all hate me, I say tap from freak accident not rub thigh on right side where ever it is? W.O., superms. henry & Lt. Amiss! Lt. Gorma nt mr. Russ, are gullible believe her over a roman catholic & x-veterans! 30 days segregation was totally illegal! 6 month contact visit & 1 month C-Grade! Put in D.P.M. only one 3hrs a day, I'm S.T.E. since 4-17-96 showers every day was 7 AM now 9:30 AM! Inmates Alien tease & disrespect me, I.A. says marine's are fag's & tell's me shut up! I get up set easy & yell loud, they get mad & lock me up. I bother no-one but they bug me, I get in trouble I/M's get away with it? I swear did not rap her, only tap freak accident! Dr. messenbrink don't do job still got cast on me & am! move disable prison in St. Louis, got 2l mon's left! God Bless you - President & Mark S. Urioste

1 oF 2 Photo copy's!

Mr. & Mrs. Felix Urioste
1132 Greenwood
Madison, IL  62060

July 30, 1987

Major Jack Fields
405 Randle
Edwardsville, Il  62025

RE:  **MARK URIOSTE**

Dear Major Fields:

**LET IT BE KNOWN:**

Mark Urioste, a disabled and brain damaged person, had his constitutional rights violated. Mark was put in your care last August. We wrote to you back in November and told you that he was being abused and beat up by some guards and inmates. The situation has gotten worse. We are giving you a list of the days he has suffered pain and mental anguish. We know the names of everyone involved. The Sheriff Department should follow their motto, Justice under the Law.

Sincerely,

Mr. & Mrs. Felix Urioste

Mr. & Mr. Felix Urioste

July 30, 1987
Page Two

| Date | Event |
|---|---|
| August 22, 1986 | beaten up, suffered a black eye |
| August 30, 1986 | Taken to hospital for head and back, suffered cuts; |
| Sept. 17, 1986 | Hit & locked up; |
| Sept. 30, 1986 | Hit in mouth; |
| Oct. 12, 1986 | Hit & locked up; |
| Oct. 30, 1986 | Beaten by three (3) guards, put in the hole at 10:45 p.m. & kept there for about seven (7) days. We were not allowed to see him on our visiting day. The following week we saw him & the bruises were still there. He was kicked on the side where he had lung surgery & he ran a high fever; |
| Nov. 09, 1986 | Had a high fever; nothing was done; |
| Jan. 01, 1987 | Dead-locked from 1st - 7th; he was let out at 1:30 p.m.; |
| Jan. 24, 1987 | Locked up through January 31; |
| Feb. 22, 1987 | Hit in head, bruises on neck & cuts to nose; |
| Feb. 26, 1987 | Hit in mouth; |
| March 27, 1987 | Hit & locked up; |
| March 28, 1987 | Kicked in head, chest & leg; |
| April 11, 1987 | Dead-locked through April 12; |
| April 16, 1987 | Doctor checked his foot, badly bruised; |
| April 17, 1987 | Taken to hospital, suffered cuts to eye, black eye, & cuts to his lips. Badly bruised. **LET IT BE KNOWN**, Mark has a rod in his leg. |
| May 25, 1987 | Hit in left eye; |
| May 26, 1987 | Hit and suffered a large bump to his head; |
| May 27, 1987 | Hit on head again, suffered another large bump; |
| May 28, 1987 | Hit in arm, suffered severe bruises; |
| June 03, 1987 | Hit in left eye; |
| June 21, 1987 | Hit again, suffered another black eye; |
| July 07, 1987 | Hit in nose, badly hurt; |
| July 28, 1987 | Hit by three (3) guards; repeat of October 30, 1986. |
| July 29, 1987 | Dead-locked; |