FILED
E-FILED
Wednesday, 15 December, 2004 01:51:13 PM
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Honorable Judge Mr. Baker,

seen you Friday 10Th you are a good looking man, I'm not gay if was you would be my guy ha, ha! DR. Meshbish Diagnosis was wrong DR said it was hemorrhoids but than said was warts! Don't matter, I'm still sore & it's bleeding, I have a big scar on back from 3 major operations, for R.N. Mrs. Nelson lie's I been punished 1 month segregation, D.P.U. since Oct 26 for no reason! I been special treatment center since 4-17-96 when Dr. Durai assigned to 1 man cell status since I'm a hermit! I got a heat & sweat problem why my fan on all time, I take a shower every day! IN S.T.C, I shower at 7AM I'm being punish for lies said, I get 3 hours a day out, if go for a shave or hair cut it's counted as day room time! So I take my shower & not shave a regular day room, out by 9:30 AM, got to stay out! I want to just come out for shower & go back in, it's hot but they complane me why I'm a indefinitely in C.O. Hemming just name can't say name, when I was in Marines A Lt. gave me nick name "Freebird", C.O. Hemming disrespect "Urioste" call "Rioste", is Aila's name Urioste he newby's Freebod, I been doing my clothes for over 18 yrs. Here at D.P.U. I don't do my clothes the right way! I'm not D.P.N. bitch I

Am S.T.C. DnD, There's young Punk ALEX SANT-ANA TAki's my bAg! HE Also pulls Down my sweAt PAnts or shorts, Please I would like To GeT TRAnsFer To DisAble Prison in st. louis, where There is compAssion non-here I Got A Rod in my Right Knee Since 1985! I Don't smoke Quit 12-2-03 I Figure I love GoD, The Devil is in The smoke's & DAn, 's cAuse The body is temple of the lord & Illegal! we EAt in our cell, I AlwAys believe in I/M helping I/M over 18 yrs! I Give 2 smoke's For Juice, INTurn I need For my Fluid Problem! I Do wAlk like A Drunk only 1 Problem, I Don't smoke or Drink I'm not Allowed bAck in mADison, yet I'm Innocent of this crime? I would like A D.N.A. but Judge chApmAn he Found me Guilty without A D.N.A., we Tryed At leAst 3 time's shot Down! Tell me Doc's brAin-DAmAGe cleAres up, I spent 90 minutes with no oxygen & 4 months comAtose! my fAther sAys I hAve Not only DisAbility's, People Never hAd bADD Adjective can't SAy They Know me? Since 12-8-04 I hAve almos of 20 y/o, Send to st. louis I live only 7 miles From! I love my PARents They GAve me life, yet hospital try to tAke AwAy! cAnt keep A Good mAn Down, I'm miRAcle mAn! GoD Bless you,
PresAint MARK. S. Uriosk N-87539

3

Continue

I Give A shot of coffee These C.O.'s Are very Petty, I Give From my heart Ask For Nothing in Return! C.O.'s Give me A ticket For Trading or Trafficking, where's the compassion or love for mankind? I was Doing my laundry with Chico, cause I bleed on my underware & Got A waste problem, but C.O. leather Got mad cause I was Doing my "Dirty" laundry, So the C.O. lock's me in my cell! Another Reason why I need to be transfer, I could Go to the Dentist! I have too wear Denture's now, cause all Got broke in County Jail Just cause I said morning sir! I'm wearing my Denture's every Day to Get use too them, The Top Denture's stay in, but Bottom Denture's the Ridge has sunk, I Go through 2 Tubes of Poli-Grip A Week! This Dentist Don't build up my Gum's, my Dentist can Do in Pontiac bench! Get Advice From Inmate C.O. leather takes Away, & says I'm talking & Trafficking! I Got Alot of Problems All medical I Do For myself Here they Do Nothing, Commissary is every 2 wk's, If lucky, I buy 2 Tubes of super Poli-Grip! Please Give me Transfer, you Do might Get in Trouble wt the W.O., cause W.O. not Pure Doing me wrong, in the Future I been to Segregation 7 times. I will sent Ticket & reason why, The Truth That

4

committee It. DAniel Didn't hear! I Really HAte being here, I Did nothing To Get This Punish? I Don't shower when wAnt I need, They Disrespect me Co's 4 Inmates I'm not Allowed to sweep & mop my cell! Commissary we shop every 2 weeks & we don't pick it, we hAve to send our slip in!

GoD Bless you FRom the heart, Righteous stuD, PResA, int mARK. S, UAriosh N-87529