DATE: FRIDAY, DECEMBER 10, 2004

UNITED STATES DISTRICT COURT,
C.D. OF ILLINOIS

CASE NAME: URIOSTE -V- NELSON ET AL
CASE NO. 1:04-CV-1380
PRESIDING JUDGE: HAROLD A. BAKER

FILED
DEC 15 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

A REQUEST FOR
DECLARATORY JUDGMENT
BASED ON
PRIMA FACIE EVIDENCE
AND
VIDEO MERIT REVIEW
HEARING HAD ON 12/10/2004
AND
REQUEST FOR EMERGENCY MEDICAL
TEMPORARY RESTRAINING ORDER

SINCERELY YOURS,
Mark S. Urioste
MARK S. URIOSTE -87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

1

JUDGE YOUR HONOR,
 I ASK YOU TO BE PATIENT BECAUSE I HAVE MENTAL AND PHYSICAL DISABILITY THE REASON WHY I BEEN IN THE PSYCHIATRIC SECTION OF PRISON A LONG TIME.

 I ASK YOU TO BE PATIENT WITH ME BECAUSE I HAVE TROUBLE TALKING.

 THE PRISON OFFICIALS ARE GUILTY OF VIOLATING A LOT OF MY U.S. CONSTITUTIONAL RIGHTS, THAT THEY KNEW OR SHOULD HAVE KNOWN ABOUT

 (1.) WRITING ME A FAKE, PHONY, INACCURATE DISCIPLINARY REPORT OF ASSAULT ON A NURSE.

 (2). FINDING ME GUILTY OF SAID DISCIPLINARY REPORT AT A ILLEGAL, UNLAWFUL, UNCONSTITUTIONAL DISCIPLINARY HEARING.

(3). I RECEIVED (4) DIFFERENT EXCESSIVE PUNISHMENTS FOR ONE ALLEGED PRISON RULE VIOLATION

(4). I WAS PLACED IN SEGREGATION FOR ONE MONTH.

(5). I WAS PLACED IN C GRADE FOR ONE MONTH

(6). 6 MONTHS VISITING RIGHTS WERE TAKING FROM ME.

(7). I WAS TRANSFERRED TO THE STRICT DPU-X-HOUSE WITH LOSS OF PRIVILEGES

(8) FOR MANY MONTHS I'VE BEEN IN PAIN, UNNECESSARY INFLICTION OF WANTON PAIN BECAUSE OF PRISON OFFICIALS DENIAL OF FAST ADEQUATE TREATMENT FOR WART ON MY ANUS THAT THEY MISDIAGNOSED AS HEMORROIDS.
   THIS ACT WAS DONE WITH DELIBERATE INDIFFERENCE TO MY MEDICAL NEEDS.

③

LIEUTENANT DANIELS AND COUNSELOR ROSS DENIED AND DEPRIVED ME OF MY U.S. CONSTITUTIONAL RIGHTS BECAUSE AT THE DISCIPLINARY ~~HEARING~~

(A) I WAS FOUND GUILTY ON UNRELIABLE EVIDENCE AND UNTRUE, FALSE EVIDENCE, AND LIES THAT I INTENTIONALLY TOUCHED NURSE NELSON THIGH AND,

(B) I RECEIVED EXCESSIVE PUNISHMENT OF 1 MONTH IN SEGREGATION, ONE MONTH IN C GRADE AND SIX (6) MONTHS LOSS OF VISITING RIGHTS.

(C). I HAVE RECEIVED THREE (3) DIFFERENT PUNISHMENTS FOR SOMETHING I AM INNOCENT OF.

I ACCIDENTALLY TAP NURSE NELSON THIGH WHEN SHE WAS PUTTING EYE DROPS IN MY EYES I LOST MY BALANCE - I EVEN APOLOGIZED TO HER.

PART 2
OF MADISON JAIL

"EXHIBIT - A-B"

November 12, 1987

Mr. & Mrs. Felix Urioste
1132 Greenwood
Madison, IL  62060

To Whom It May Concern:

September 9, 1987 - An inmate broke an ashtray on Mark's face

September 10, 1987 - Mark suffered a black eye and bruises to his arms and legs

September 21, 1987 - Mark was hit on the face and suffered pain and swelling. He was given some ice and an appointment was made to see the doctor on September 25, 1987

September 24, 1987 - Mark was in pain. We arranged for his attorney to see him. We asked them to take Mark to the hospital for x-rays. Mark had a broken jaw. He was brought back to the jail and was scheduled to see the doctor October 5, 1987

October 2, 1987 - Mark got _____ _____ _____ coming out of the shower

October 5, 1987 - Mark was transported to Wood River Hospital to wire his broken jaw. He was taken back to jail while he was half asleep. Mark wasn't able to eat, so the jail gave him 24 oz. a "day" of Instant Breakfast

October 18, 1987 - Mark slipped on some water and hit his neck and back. The wires came loose cutting his lip and cheek

October 21, 1987 - Mark was taken to Dr. Fernandez to remove the painful wires

November 4, 1987 - We asked Dr. Fernandez to have Dr. Bill McMaster see Mark. There was a lot of damage done to Mark's mouth. X-rays were taken and he still has a broken jaw. Mark has lost his bottom teeth and has sustained damage to his top teeth. He is in a lot of pain. Handcuffs and leg irons were put on and he was taken back to jail

(4)

(9) SINCE IVE BEEN IN DPU-X-HOUSE I BEEN DENIED THE RIGHT TO ATTEND VETERAN MEETINGS, I AM A EX-MARINE - LANCE CORPAL

(10) SINCE IVE BEEN IN DPU-X-HOUSE I BEEN DENIED THE RIGHT TO ATTEND CATHOLIC SERVICES AND MASS WHEN I AM A LONG TIME CATHOLIC - I'M Alter boy!

THEREFORE I REQUEST PERMANENT INJUNCTION AGAINST ALL ABOVE ILLEGAL AND UNLAWFUL ACTS AND ANY AMOUNT OF MONEY THIS COURT DECIDE IS JUST AND FAIR!

WHEREFORE I NOW REQUEST DECLARATORY JUDGMENT FOR ALL RELIEF REQUESTED!

SINCERELY YOURS,
Mark S. Urioste

MARK S. URIOSTE N-87529
DIXON CORRECTIONAL CENTER
X-HOUSE, B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

P.S. SEGREGATION
$50,000

D.P.U. or X-house
$1,000 EACH DAY?

DATE: FRIDAY - DECEMBER 1st, 2004

REQUEST FOR
  TEMPORARY
  RESTRAINING ORDER

EMERGENCY MEDICAL REQUEST!

THIS PLAINTIFF MARK S. URIOSTE, PRISONER- NOW REQUEST THIS COURT AND JUDGE ORDER THE DEFENDANT MEDICAL DOCTORS TO IMMEDIATELY REMOVE THE PAINFUL BLEEDING WARTS ON MY ANUS!

WITH INTENTIONAL DELIBERATE INDIFFERENCE I AM BEING DEPRIVED OF FAST, ADEQUATE MEDICAL TREATMENT "SEPT. 1, 2004" I WAS MISDIAGNOISED WITH HEMORRHOIDS — BY PHYSICIAN ASSISTANT "9-9-2004"- MEDICAL DOCTOR MESROBIAN CONFIRMED MISDIAGNOSIS OF HEMORRHOIDS 11-13-2004-DR. MESORBIAN SCHEDULED DATE TO REMOVE WARTS — BUT SO FAR NO DOCTOR HAS REMOVED PAINFUL WARTS BLEEDING

SINCERELY YOURS
Mark. S. Urioste
X MARK S. URIOSTE -87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021