DATE: MONDAY - DECEMBER 20, 2004

IN THE

UNITED STATES DISTRICT COURT
C.D. ILLINOIS

CASE NAME: URIOSTE -V- NELSON, ET AL
CASE NO. 1:04-CV-1380
PRESIDING JUDGE:
HAROLD A. BAKER

FILED
DEC 23 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

A FED. RULES OF CIV. PROCEDURE
RULE 56(F) AFFIDAVIT
→AND MOTION FOR DISCOVERY←
REQUESTING COPIES OF ALL

1. MY MEDICAL RECORDS PAST
TWO (2) YEARS - TO PROVE DENIAL
AND DEPRIVATION OF FAST,
ADEQUATE, MEDICAL TREATMENT
FOR MY PAINFUL BLEEDING WARTS, ECT.

2. ALL DISCIPLINARY REPORTS WRITTEN
BY OFFICER LIEUTENANT GOREMAN PAST TWO (2)
YEARS - TO PROVE
UNNECESSARY DISCIPLI-
NARY REPORTS.

(3) - ALL
NAMES OF PRISONERS
FOUND GUILTY BY
LIEUTENANT DANIELS
PAST TWO (2) YR. TO PROVE
PATTERN OF GUILTY WITHOUT PROOF.

SINCERELY YOURS, PRO SE
X Mark S. Urioste
MARK S. URIOSTE - N-87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

DATE: MONDAY - DECEMBER

IN THE

UNITED STATES DISTRICT COURT
C.D. ILLINOIS

CASE NAME: URIOSTE-V-NELSON ET AL
CASE No. 1:04-CV-1380
PRESIDING JUDGE:
HAROLD A. BAKER

AMENDED COMPLAINT
PURSUANT TO FED. R. CIV. PROC.
RULE 15 ET SEQ.

(1) REQUESTING TRANSFER FROM THE "DPU" STRICT PSYCHIATRIC SECTION OF DIXON PRISON - INTO "STC" - THE LEAST RESTRICTED PSY. SECTION OF DIXON STATE PRISON [IN BUILDING 43].

(2) REQUEST OUT OF STATE TRANSFER TO PRISON IN ST. LOUIS, MISSOURI CLOSE TO MY FAMILY AND VETERANS HOSPITAL.

SINCERELY YOURS, PRO SE
Mark S. Urioste

* MARK S. URIOSTE - N-87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021