AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Central___ District of ___Illinois___

Mark S. Urioste
N-87529
v.

C. Nelson, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

Lieut. Gorman
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Urioste
N-87529
Dixon Corr Center
2600 N. Brinton Ave
Dixon IL 61021

an answer to the complaint which is served on you with this summons, within ___60___ days after se of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken again for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed wi Clerk of this Court within a reasonable period of time after service.

K J Waters
CLERK

s/ H Kallist
(By) DEPUTY CLERK

12/29/04
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Illinois_____

Mark S. Urioste
N-87529
v.

C. Nelson, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

Mary Henry
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Urioste
N-87529
Dixon Corr Center
2600 N Brinton Ave
Dixon IL 61021

an answer to the complaint which is served on you with this summons, within ___60___ days after
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken aga
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed
Clerk of this Court within a reasonable period of time after service.

s/ J Waters                                                12/29/4
CLERK                                                      DATE

s/ H Kallister
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

Mark S. Urioste
N-87529
v.

C. Nelson, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

N. Chandler
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Urioste
N-87529
Dixon Corr Center
2600 N. Brinton Ave
Dixon IL 61021

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John Waters                               12/29/V
s/ H. Kallich
CLERK                                         DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Mark S. Urioste
N-87529
v.

C. Nelson, et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

ROSS
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Urioste
N-87529
Dixon Corr Center
2600 N. Brinton Ave
Dixon IL 61021

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with Clerk of this Court within a reasonable period of time after service.

_s/John Waters_  12/29/4
CLERK                    DATE

_s/H Kallister_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

Mark S Urioste N-87529

v.

C. Nelson, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

Lt. E. Daniels
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Urioste
N-87529
Dixon Corr Center
2600 N Brinton Ave
Dixon IL 61021

an answer to the complaint which is **served on you with this summons**, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John Waters      12/29/04
CLERK              DATE

s/ H. Kallister
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Central_ District of _Illinois_

Mark S. Uriostie
N-87529
    V.

C Nelson, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-1380

TO: (Name and address of Defendant)

C Nelson
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark S. Uriostie
N-87529
Dixon Corr Center
2600 N. Brinton Ave
Dixon, IL 61021

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK: (s/John Waters;)
(By) DEPUTY CLERK: S/ H. Kallister

DATE: 12/29/4