U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN** E-FILED
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

Thursday, 27 January, 2005 10:09:26 AM
Clerk, U.S. District Court, ILCD

| | |
|---|---|
| PLAINTIFF: Mark S. Urioste N87529 | COURT CASE NUMBER: 04-1380 |
| DEFENDANT: N. Chandler | TYPE OF PROCESS: Comp./Summons |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
2600 N. Brinton Ave

AT — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Dixon IL 61021

JAN 27 2005

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Mark S. Urioste N87529
Dixon Corr Ctr
2600 N. Brinton Ave
Dixon IL 61021

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER     DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 1/19/5   Time: ___ am/pm
Signature of U.S. Marshal or Deputy: Gregory

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 8— | | | 8— | | |

REMARKS: 1/13 — cm   1/21 — Rec'd signed waiver

PRIOR EDITIONS MAY BE USED        1. CLERK OF THE COURT        FORM USM-285 (Rev. 12/15/80)