E-FILED
Monday, 31 January, 2005 03:03:19 PM
Clerk, U.S. District Court, ILCD

JAN 31 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

22

I'm sAne, not perfect Got Paper

04-1380

Dear Honorable Judge Mr. BAker

NAME MARK. S. URioste N-87529 know not typing Any Printing, cAn't help it They Screw me with no Grease! They couldn't hAndle The Truth cAn you, Here Goes! 9-26 Day before lAst Time I went To the Dispensary For Eye Drops At 12:30 P.M, mean's I sAt on chAir At 12:45 P.M. not 1 P.M. According To R.N MS. NElson. I HAD hAnds Tied Together behind chAir, My Right hAnd shAke + Jerk I Accidently TApped Her I Apologized To R.N. NElson, R.N Told C.O. ThAt I TAp Her, C.O. Told me sit on bench by Room 2, I sAt There A couple minites, bAck To bench in DispensAry I seen Lt. GormAn wAlking to me! Lt. stArted reaching for hAndcuffs, I Ask Am I Going to segregAtion I Did Nothing ThAt bAd! Lt. GormAn sAys shut up pervert ThAn I wAs in shock, Got in segregAtion They Took wAtch + Refuse A shower I hAd A K All move=ment couldn't help! I thAn locked in my cell Got Ticket bAck TRuth chAnged wt It GormAn by R.N C. NElson AssAult + SexuAl misconduct while receiving Eye Drops into his Eye's URioste Touched + Tried To Rub This R.N.'s bAred (R) Thigh, This R.N. observed URioste looking + smiling At This R.N when Touching R.N, Thighs she lied TRuth chAnged From TAp to Rub!

Ticket

offense 102  AssAulting Any person=stAff
comments   Rubbed stAff's leg.                     Guilty
107         SexuAl misconduct                    How sAme Thing?
comments   Rubbed stAff's leg.                    DEleted

P.S. God less than FRAN 2 mons = 20 yrs! For what?
I'm innocent why AFRAiD Give D.N.A.!
Even committee lied Lt. ODaniels & MR. Ross

**Record of Proceeding**

Ticket Read inmate plead not Guilty, STAte's his hand Jerked & tAPPed her & That is All, STAte's it was one Time only, STAte's he Did Nothing wrong, STAte's he was not smiling At "he" & he APologied to her.

| | basic For Decision | TAP |
|---|---|---|
| IF JERK where? | Based on Evidence in ticket That inmate Did "Touch" The Right Thigh of Nursing staff & not "Attempt To Rub staff's Thigh & inmate's ADmission of coming in contact with staff The committee Find's him Guilty. | I'm Innocent Didn't Rub I tAP! |
| Disciplinary Action | 1 Month c-Grade<br>6 Month's contact visit's Restriction what Parent's Do?<br>R.N. Nelson Retired $50,000 For unJust segregation! | 1 month Segregation |
| unFair | 10-26 For 3 mon's D.P.U. is 1-26 $1,000 A Day while There! Now owe $90,000 split with w.o. ms.chAnnin, Super ms. Henry, Lt. DAniel's & GormAn! Counselor Ross For Doubting A Roman Catholic 'Saint to be! | |

Since At D.P.U. my consititution's Right's been violated, no Catholic mass I'm Roman Catholic!
no Veteran's meeting I'm An X-lance corpal in Marines!
I Get No respect Treated As retArted Person!
I was in service in 1979 During FRAN conflict?

God Bless you stnd - PResAint MARk S. Urioste