E-FILED
Thursday, 03 February, 2005  04:35:55 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 3 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1

04-1380

DEAR SiR

NAME MARK S ARiyst N-8... I'm not to write you, When I seen you on Video? I seen A Real good looking mAn who listens. Here just cAuse I cAn't tAlk or wAlk perfect They Assume I'm retArted! Got here 4-17-96 ThAt yr Dr. DuDAl Assigned me to one mAn cell Realize I been A Hermit now over 18 yrs! I hope you cAn comprehend my PRinting, cAuse Here they know Sure I wAnt to Go home for I Done nothing wrong Just cAuse A Judge mechApmAn Found me Guilty? At leAst 3 Times deny me A D.N.A. Test, cAuse Know I'M Innocent & PAid under bench to Find me Guilty! H. DAniels with committee cAn't hAndle The TRuth, why Else would I hAve spent 7 times in SegregAtion! EVERy Time I left SEGREGAtion, I Am moved to House unit 38 A cRAzy house but why cAuse I cAn't hAve A Room mAte, I'm not cRAzy or TAke med's I'm An X-mARine! I Figure They owe me For Doubting me putting 7Th Time in SegRegAtion, 10-26-04 For 3 mon's to O.P.U. to 1-26-05! They Don't Keep Their word Now DAys AftewAd, move me to House unit 47 on south lAst cell! Remember I love To Keep to my self 21.84 They sell cheAp PlAstic HEADphones, since we ARe speciAl TReAtment center They sell us the defected Items! THERE'S A lot of red-TApe & Run ARound To Get Fix I figure I Don't wAnt to Go Through B.S. Since now we shop every

2 wks I Fix Head Phone best I can They Are bogus & Petty Give Ticket For Altering them! I don't like the 2 C.O's work At House unit 38, C.O. Shultz & C.O. Denthal Tease me & Give Petty tickets! I been locked up over 18 yrs of 30 yr sentence, I believe in Inmates helping Inmates! Give A shot of coffee or 2 spoons From The Heart, C.O. Shultz Give Ticket For Traffick & Trading! We Got medical Problems That Use's commissary, Committee has No compassion Give 2 to 6 wk commissary Denial! Here At D.P.U. They Give you the A DAy 3 Times A DAy, only 40 mins out & I have To speak To C.O. He Goes by & Say what want keep walking! wouldn't The W.O. Ms. Chandler breaking The LAw I'm Properly placed in S.T.C. Done 3 mths As Told All my time? & Got A lot of tickets Not For Fighting For B.S. Hu 38 mainly by C.O. Denthal he shakes me down At least 8 times A month Teases & calls me names! Have compassion cause Here Don't, 9-1 Ms. Colgan said Got Flamatory Hemorrhoids Than 9-7 Dr. Mr. Mes Robion said same thing will Cut out in A month, 9-26 R.W. Nelson lied Put in Segregation Than 10-7 Dr. Mr. Mes Robion Not keep promise 10-26 Got Punished For A Crime not do, First 2 months Extorted in laundry & I had Chemicals & water threw At me in my cell! 12-7-04 Dr. Mr. Mes Robion gave wrong Dinnosis They were warts, now They Are bleeding sent kites & wrote Grievance Runaround!

continue:
I hAve AbundAnce of compAssion AlwAys hAd, I Got less ThAn 20 mon's of 20 yrs I AM DisAble I Got PRoFF As long I been locked up no compAssion, PleAse TRAnsfeR me to DisAble PRison in St. Louis! since I Got no Good Time here be out EARly, I love my pARent's They GAve me life, only 7 miles FRom my house ThAn I could go To Dentist, since I Got my JAw broke in MAdison county JAil, oveR The yrs my Ridge shRunk, Here Don't BUild up Bottom JAw! when I Am sleepy, A stoRm cAn't wAke me up, This sundAy I'm Down cAuse my Time of Punishment END 1-26 my 3 months? I'm not A well mAn I'm InDefinitely in, & DisAble w/ vARious PRoblems! I been Judge As A FReAk, why I'm Just A mAn As pon! I'm The miRAcle mAn who cAn sAy Died 3 times & TAlk About it, 7 times bRAin-DeAd + live cAuse my heARt to loRd! IF I Didn't Do The cRime Why Am I still heRe, I'm S.T.C. PRopeRly plAce! Does w.o. ms. chAndleR A beAutifAl PeRson go by The lAw, I sAy not oR I wouldn't still be Here AFteR 3 mo's! Just cAuse I Got BRAin-DAmAge & WAlk & TAlk Funny I'm ReTARDed! I hAte to be compARed oR Judge, I cAn't bend Down without PAin, Why I use A chAiR in showeR A D.P.u. no chAiR! Took & mADe sent home my hot pot ThAT I hAD since 1996. PleAse Get me out of Dixon to PRison with some compAssion! Here I hAve to Do FoR myself, STAFF ARe

continue:
Petty & Bogus love to Give Tickets! If you walk or talk anyway, They Tease & Than Give you A ticket! I have Got A bad back I have Asked Dr. Mesrobian for A Pillow, what I have been using is my Aunder, bag! Also it's hard to Breath, cause my nose Gets stuffy! Sir, I'm Innocent only NEED D.N.A. To Prove True, cause I'm here. Don't Go to catholic Mass Why? I'm A Faithful Roman catholic who love's God, would Die if he ASK! I cANt Go to my veteran's meeting on thursday, I missed veterans Day Why I'M AN Disable X-Marine!

God love & bless you,
Stay Good looking stud,

PRE SAint MARK SURioste

N-87529