E-FILED
Monday, 14 February, 2005 03:30:52 PM
Clerk, U.S. District Court, ILCD

FILED
FEB 14 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DATE: WEDNESDAY - FEBRUARY 1, 2005

U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

URIOSTE -V- NELSON ET AL = CASE NAME
1:04-CV-1380 = CASE NUMBER
U.S. DISTRICT JUDGE - HAROLD A. BAKER

"MOTION TO EXPEDITE DEFENDANTS ANSWER AND REQUEST FOR A DECLARATORY JUDGMENT"

I NOW CLAIM MY COMPLAINT HAS MADE A PRIMA FACIE CASE AND 60 DAYS IS TOO LONG TO WAIT FOR DEFENDANTS ANSWER TO SUMMONS AND COMPLAINT BECAUSE;

OF IMMINENT DANGER OF GREAT BODILY HARM BECAUSE OF DELIBERATE INDIFFERENCE OF DEFENDANTS TO TREAT MY BLEEDING PAINFUL HEMORROIDS AND WARTS! INTER ALIA

SINCERELY YOURS,
Mark S. Urioste
X MARK S. URIOSTE - N87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021