To Honorable Judge MR. Baker,

I Am Innocent in case of R. N. Nelson, I Got Abundance of medical Problems! They have no compassion Putting me 7th Time in Segregation Then Super Intendent Ms. Henry Put me 3 mons in D.P.U. I been in Special Treatment Center Since 4-17-96? W.O. on Down Have me I spent 21 days Extra in D.P.U, I have no constitutional Rights I'm A Faithful Roman Catholic! AX-Lance Corpal in The Marine's I Get No Respect, Remember I was in Marines Time we was At War wt Iran in 1979! Lt. Ernestine Daniels Chair Person of Committee, Alway Pre Judge me Guilty Don't Hear The Truth! When I Talk to you on Phone wensday 4-27-05, I know you can handle The Truth of This! Alt. O/A De Call me his Girl, Than Gives me A ticket For over 18 yrs! Inmate Helping Inmate Place Got No Compassion, Think Money but its No big Deal only Material Things! They call it Trading & trafficking no love or Feeling For Fellow mAn, I'm not Violent cause I spent 7 B.S. Times in Segregation, I'm not A D.P.U. Bitch I'm An S.T.C. DND, I Can't wash my own cloths! They overpower me when I Dry them, There is A Disable prison in St. louis I would like to Get transfer there! I'm Innocent of my crime, I want A D.N.A. will Prove me Innocent! I Took A bench Trail with Judge Mr. Chapman Sir can you Give me A Jury Trail! Questions not Asked like mother said I was Fully Dress, but from Head to Toe I have A Heat & sweat Problem! At 3PM I Go shirt less Than

my scar is big! I had 1 lung operation in 1981, & 2 more times 1-18-8-86! Think if I was fully dress, why my scar was not mention cause wasn't me! I believe Judge Chapman was paid under bench, why else wouldn't give me a D.N.A. test? Sure I'm disabled handicap & semi cripple cause my hand shakes, but I'm not retarded I'm Sadex Lance Corpal in the Marines! I want to go to prison in St. Louis, close to my home so I could see parents every day! I love my parents wt-out them I wouldn't be here, I would be close to my Dentist get bottom ridge fix! I sent the W.O. ms. Chandler a money voucher for Norelco 4401 shaver as know my right hand shakes! I feel since the W.O. ms. Chandler assume I was guilty, & sent me to segregation even now they say R.N. Nelson retired but the truth was fired! I also wore gym shorts & no socks in tennis shoes! W.O. ms. Chandler should pay for it! That's ok W.O. & snpert & Lt. Gornan Lt. Daniels & poss pay me $20,000 each for doubting me! Than I could depend on myself I can buy it, I know you told me don't write, can't help it I'm not to be D.P.N. our 1-26-05 than why still here!
   Thank you!
   God Bless you stap!

   President MARK.S.N.Riosh

N-87529