E-FILED
Monday, 28 February, 2005 04:03:00 PM
Clerk, U.S. District Court, ILCD

DATE: THURSDAY - FEBRUARY 24, 2005

IN THE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

FILED
FEB 28 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK URIOSTE
PLAINTIFF
VS.
L. NELSON ET AL
DEFENDANTS

NO. 04-1380

HAROLD A. BAKER
U.S. JUDGE PRESIDING

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE
PRESIDING

"MOTION FOR TEMPORARY RESTRAINING ORDER AND DECLARATORY JUDGMENT"

I MARK URIOSTE NOW STATE ON MY OATH PURSUANT TO: "28 U.S.C. § 1746" AND "18 U.S.C. § 1621" AND "FED. R. CIV. P. RULE 60 ET SEQ", THAT WITH INTENTIONAL DELIBERATE INDIFFERENCE AND WITH IMMINENT AND PRESENT PHYSICAL INJURY FOR SOLE PURPOSE OF CAUSING ME INFLICTION OF WANTON SADISTIC PAIN AND INJURY THE MEDICAL DOCTOR AND PRISON OFFICIALS ARE DELIBERATELY DEPRIVING ME TREATMENT AND CURE FOR PAINFUL HEMORROIDS AND WARTS ON MY ANUS. PLEASE TELEPHONE AND ORDER TREATMENT TO CURE. DIXON PHONE NO. IS 815) 288-5561

SINCERELY YOURS,
MARK S. Urioste  N-87527
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021