**E-FILED**
Tuesday, 01 March, 2005  09:39:11 AM
Clerk, U.S. District Court, ILCD

U.S. DISTRICT COURT - CIVIL FILING FEE
*****************************************

TOTAL FEE  $150.00
FIRST ACCOUNT CODE CREDITED SHOULD BE 5100PL

| | | | | |
|---|---|---|---|---|
| Mark Urioste | | | CASE NUMBER | 04-1380 |
| Dixon Correctional Center | | | 5100PL | $90.00 |
| | | | 0869PL | $60.00 |
| | | | TOTAL FEE: | $150.00 |
| | | | **Current balance due:** | **$129.80** |

| DATE | RECEIPT | PAID BY | AMOUNT | BALANCE |
|---|---|---|---|---|
| 12/29/04 | | 5100PL | | $90.00 |
| 02/28/05 | P12093 | | $20.20 | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |
| | | | | $69.80 |