DATE WEDNESDAY MARCH 2, 2005

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK S. URIOSTE      CASE NO. 04-1380
N-87529              MOTION FOR
    -V-              DECLARATORY JUDGMENT
C. NELSON, ET AL     & DEFAULT JUDGMENT
                     (BY CLERK OR JUDGE OF
                     THIS COURT)

"MOTION FOR DECLARATORY JUDGMENT AND DEFAULT JUDGMENT"

NOW COMES PLAINTIFF PRO SE MARK S. URIOSTE WHO NOW MOTIONS FOR DECLARATORY JUDGMENT AND DEFAULT JUDGMENT.

DEFENDANTS WERE SERVED WITH COPY OF COMPLAINT AND SUMMONS ON 12-29-2004 WITH 60 DAYS TO ANSWER. TODAY IS 3-2-2005 AND ALL DEFENDANTS HAVE NOT ANSWERED SAID CIVIL COMPLAINT

SINCERELY YOURS
X Mark S. Urioste  N-87529
MARK S. URIOSTE - N87529
DIXON CORRECTIONAL CENTER
X-HOUSE; B-59
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021

ALL DEFENDANTS SUED HAVE ANSWERED OR PLEADED IN 60 DAYS BECAUSE:

(1). THEY ARE ALL OVER THE AGE OF 21 YEARS AND ARE NOT MINORS OR JUVENILES.

(2). THE DEFENDANTS HAVE NOT BEEN DECLARED OR FOUND LEGALLY INSANE, OR MENTALLY INCOMPETENT, OR MENTALLY DISABLED, OR MENTALLY RETARDED AND ALL OF THEM COULD HAVE ANSWERED IN 60 DAYS IF THEY SO HAD DESIRED.

(3) I SUED ALL OF THE DEFENDANTS IN THEIR PERSONAL CAPACITY AS ADULTS BEING RESPONSIBLE FOR THE NATURAL CONSEQUENCES OF THEIR OWN ACTIONS AND I ALSO SUED ALL DEFENDANTS IN THEIR OFFICIAL AND UNOFFICIAL CAPACITY AS PAID STATE PRISON EMPLOYEES.

LIEUTENANT GOREMAN IS GUILTY OF WRITING ME A FAKE, PHONEY, INACCURATE, FALSE, UNTRUE DISCIPLINARY REPORT FOR SEXUAL MISCONDUCT WHEN I ACCIDENTALLY LOST MY BALANCE AND TAP NURSE NELSON. THEREFORE I AM INNOCENT OF SEXUAL MISCONDUCT CHARGE.

I AM INNOCENT OF SEXUAL MISCONDUCT CHARGE BECAUSE I DID NOT RECEIVE A ~~HEARING~~ FULL, FAIR, AND IMPARTIAL DISCIPLINARY HEARING BY LIEUTENANT DANIELS AND COUNSELOR ROSS.

ON THE SERIOUS CHARGE OF SEXUAL MISCONDUCT LIEUTENANT DANIELS AND COUNSELOR ROSS DENIED ME THE RIGHT TO CROSS EXAMINE THEIR WITNESSES AND EVIDENCE AND, DENIED ME THE RIGHT TO PRESENT MY WITNESSES AND EVIDENCE

Lieutenant Daniels and Counselor Ross are guilty of taking the word of Lieutenant Goreman without any supporting witnesses or evidence.

Lieutenant Daniels and Counselor Ross are guilty of illegally, unlawfully, and unconstitutionally finding me guilty and giving me a severe punishment.

Lieutenant Daniels and Counselor Ross are guilty of sentencing me to 30 days in segregation, 30 days C grade, six months loss of visiting rights and transferring me to the severe restrictive D.P.U. section of prison.

(5)

NEORA CHANDLER IS THE WARDEN OF DIXON STATE PRISON AND MARY A. HENRY IS THE ASSISTANT WARDEN AND FORMER SUPERINTENDENT — THEY ARE GUILTY OF GOING ALONG WITH THE DECISION OF LIEUTENANT DANIELS AND COUNSELOR ROSS —

THEY ARE ALSO GUILTY OF DEPRIVING ME OF MY RIGHTS TO ATTEND VETERANS ~~MEETINGS AND CATHOLIC~~ RELIGIOUS SERVICES FOR OVER FOUR MONTHS.

IN ADDITION BECAUSE OF THIS LAW SUIT PRISON OFFICIALS AND MEDICAL STAFF HAVE RETALIATED WITH INTENTIONAL DELIBERATE INDIFFERENCE BY DEPRIVING ME MEDICAL TREATMENT AND CURE FOR PAINFUL BLEEDING HEMORRHOIDS AND WARTS ON MY ANUS FOR THE SOLE PURPOSE OF CAUSING ME UNNECESSARY INFLICTION OF WANTON SADISTIC PAIN.

"MOTION FOR DECLARATORY JUDGMENT AND DEFAULT JUDGMENT"

I NOW REQUEST PERMANENT INJUNCTION FROM ALL HEREIN STATED ACTS.

I NOW REQUEST DECLARATORY JUDGMENT AND DEFAULT JUDGMENT PURSUANT TO RULES OF THIS COURT AND, RULE I, WHICH STATES "THESE RULES APPLY TO ALL PROCEEDINGS HAD IN THE UNITED STATES DISTRICT COURTS."

I NOW REQUEST $50,000.00 FROM EACH DEFENDANT AND ADDITIONAL $1,000.00 A DAY FOR EVERY DAY THAT I SPENT IN SEGREGATION AND D.P.U. THE PAST FOUR (4) MONTHS = $120,000.00 AND ANY OTHER RELIEF THIS COURT FINDS JUST AND APPROPRIATE.

SINCERELY YOURS,
Mark S. Urioste / N-87529
MARK S. URIOSTE - N87529
DIXON CORRECTIONAL CENTER
X-HOUSE-B-59
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021