E-FILED
Monday, 07 March 2005 3:58:50 PM
Clerk, U.S. District Court, ILCD

FILED
MAR - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To Honorable Judge mr. Baker,

Sir I'm Innocent R.W. Nelson Retired 122 Days in Segregation + 3 mon's in A.P.U! Totally Illegal from 9-26-04 to 1-26-05, Today is 3-2-05 why still Here? I have lost my constitution Al Right's I'm Roman Catholic Can't Go mass, X lance corpAl in marine's Can't Go Veteran's meeting or day! Just cause I Got brain-Damage They Think I'm Retarded. For that Reason They send me to House unit 38! I take no meds & I'm not crazy, Just cAuse I'm Assigned to 1mAn cell! In 1996 I been Assigned to 1mAn cell by phyic Dr. mr. DnrAi, I wAs promise to House unit 43 by lt. Gormin That Friday but sunday afternoon lt. Gormin called me A Pervert before taking to Segregation! I Did not Rub R.W. Nelson, + tap from a freak Accident I Apologized to her! After my 3 munth's I Got 2 Tickets for Trading & Trafficking, I gAve Rolls I believe in Inmate helping Inmate! Here Got No compAssion, I would like to be trans- Fer to Disable Prison in St. louis! They won't trans- Fer me cAuse Treat Retarded, I spend money They Are Greedy!

God Bless you,
Righteous stud!
"Presaint mArk, s uhiste"

04-1380

mArine NAme - "Firebull"

# Illinois
## Department of Corrections

Rod R. Blagojevich
Governor

Roger E. Walker Jr.
Director

Dixon Correctional Center / 2600 N. Brinton Avenue / Dixon, IL  61021 / Telephone: (815) 288-5561 / TDD: (800) 526-0844

# MEMORANDUM

DATE:   October 19, 2004

TO:     Mary A. Henry, Superintendent
        Special Treatment Center / Psychiatric Unit
        Dixon Correctional Center

FROM:   Placement Review Board Chairperson

SUBJECT: Placement Review Board Hearing - Inmate: **URIOSTE, Mark    XC-08**

                            I.D. No.: **N87529**

The Dixon Special Treatment Center Placement Review Board recently met and reviewed the above inmate's case in terms of his being appropriately placed at Dixon Special Treatment Center/Dixon Psychiatric Unit. It was the opinion of the Placement Review Board that the above named inmate is:

Appropriately placed: (Yes) No

Inappropriately placed and should be transferred: (Yes) No

COMMENTS: _Appropriately placed in DPU. Refer to Admissions Review Comm in 3 months._

Placement Review Board Chairperson
Dixon Correctional Center

Administrative Representative
Dixon Correctional Center

Non-Employee Representative

/jmb
cc:  Therapeutic Services – Psychiatrist
     Inmate's Master file
     Inmate - hand delivered by Counselor