IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MARK S. URIOSTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1380 |
| | ) | |
| NURSE C. NELSON; LIEUTENANT E. DANIELS; COUNSELOR ROSS ANDERSON; ACTING WARDEN N. CHANDLER; SUPERINTENDENT MARY HENRY; LIEUTENANT GORMAN; | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby answer and raise affirmative defenses against the allegations in the Plaintiff's Complaint, stating as follows:

1.  Defendants admit that the Plaintiff, Mark S. Urioste, is incarcerated at the Dixon Correctional Center, 2600 Brinton Avenue, Dixon, Illinois 61021.

2.  Defendants admit that Connie Nelson was a nurse at the Dixon Correctional Center.

3.  Defendants admit that Ernestine Daniels is a lieutenant at the Dixon Correctional Center.

4.   Defendants admit that Ross Anderson is a counselor at the Dixon Correctional Center.

5.   Defendants admit that Nedra Chandler is the acting warden at the Dixon Correctional Center.

6.   Defendants admit that Mary Henry is a superintendent at Dixon Correctional Center.

7.   Defendants lack sufficient information to admit or deny whether the Plaintiff has brought any other lawsuits dealing with the same facts in this case.

8.   Defendants admit that there is a grievance procedure available at the Dixon Correctional Center.

9.   Defendants admit that the Plaintiff filed a grievance concerning some of the facts relating to this complaint.

10.  Defendants admit that the Plaintiff has been a state prisoner for over seven years.

11.  Defendants admit that, on September 26, 2004, the Plaintiff was at the Health Care Unit to receive eye drops.

12.  Defendants admit that, while the eye drops were being applied, the Plaintiff touched and grabbed the nurse.

13.  Defendants admit that the nurse said that the Plaintiff touched her intentionally.

14.  Defendants admit that the Plaintiff received a disciplinary ticket charging him with assault and sexual misconduct.

15. Defendants admit that Adjustment Committee members Ernestine Daniels and Ross Anderson found the Plaintiff guilty of assault.

16. Defendants admit that the Plaintiff was placed in segregation in the Dixon Psychiatric Unit, where he had more restrictions.

17. Defendants lack sufficient information to admit or deny whether the Plaintiff is a devout Catholic.

18. Defendants deny the remaining allegations in the Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

Defense No. 1.    At all times relevant herein, the Defendants acted in good faith in the performance of official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. The Defendants are therefore protected from suit by the doctrine of qualified immunity.

Defense No. 2.    The 11th amendment to the United States' Constitution prohibits the Plaintiff from obtaining declaratory or injunctive relief, except to the extent necessary to stop an ongoing violation of the Plaintiff's Constitutional rights.

Defense No. 3.    To the extent that the Plaintiff seeks mental or emotional damages, his claims, which fail to make the prerequisite showing of a physical injury, are barred by 42 U.S.C. 1997e(e).

Defense No. 4.    To the extent that the Plaintiff has failed to exhaust his administrative remedies, which are available through the prison grievance procedures, his claims are barred by 42 U.S.C. 1997e(a).

WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN request that

the Court deny the Plaintiff the relief requested, and grant the Defendants such other relief as the Court deems equitable and just.

Respectfully submitted,

CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706
217/782-5819

By: /s/David M. Walter
David M. Walter
Assistant Attorney General

Of Counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2005, I electronically filed Defendants' Answer and Affirmative Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on March 14, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

>Mark Urioste, #N-87529
>Dixon Correctional Center
>2600 Brinton Avenue
>Dixon, IL 61021

>Respectfully submitted,
>s/David M. Walter
>Assistant Attorney General
>500 South Second Street
>Springfield, IL 62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>dwalter@atg.state.il.us
>#6244907