**E-FILED**
Tuesday, 15 March, 2005  02:04:40 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MARK S. URIOSTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1380 |
| | ) | |
| NURSE C. NELSON; LIEUTENANT | ) | |
| E. DANIELS; COUNSELOR ROSS | ) | |
| ANDERSON; ACTING WARDEN N. | ) | |
| CHANDLER; SUPERINTENDENT MARY | ) | |
| HENRY; LIEUTENANT GORMAN; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO THE PLAINTIFF'S
"MOTION FOR DECLARATORY JUDGMENT AND DEFAULT JUDGMENT"**

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby respond to the Plaintiff's "Motion for Declaratory Judgment and Default Judgment" (herein "Motion") stating as follows:

On March 2, 2005, the Plaintiff's Motion, seeking declaratory judgment and default judgment against the Defendants was filed. For the reasons set forth below, it should be denied.

**I.    DEFENDANTS ANSWERED THE PLAINTIFF'S COMPLAINT TIMELY**

In his Motion, the Plaintiff argues that the Defendants were served with a copy of the Plaintiff's Complaint and Summons on December 29, 2005. Plaintiff's Motion at 1. This argument is unsupported by any evidence, however, and is contradicted by the record

-1-

in this case.  See, Docket Entry Nos. 13-17.

The Defendants all timely answered the Plaintiff's Complaint on March 14, 2005, and the Plaintiff's Motion for Default Judgment (which was not even served on the Defendants by the Plaintiff (See Motion), should be denied.

## II.    SIMILARLY, PLAINTIFF'S UNSUPPORTED PREMATURE REQUEST FOR DECLARATORY AND INJUNCTIVE RELIEF SHOULD BE DENIED

In his Motion, the Plaintiff also summarily concludes that the Defendants have violated various of the Plaintiff's Civil Rights, and requests that the Court grant him declaratory and injunctive relief.  The Defendants had not even answered yet, at the time that this motion was filed.

The Seventh Circuit Court of Appeals has reiterated  the standards for granting a preliminary injunction stating, in pertinent part, as follows:

> In order to be awarded preliminary injunctive relief, a plaintiff "must establish a reasonable probability of success on the merits, irreparable injury, the lack of serious adverse effects on others, and sufficient public interest.
> * * *
> Moreover, the nature of the relief granted affects our review: "mandatory preliminary writs are ordinarily cautiously viewed and sparingly issued."

Shango v. Jurich, et al., 681 F.2d 1091, 1096-1097 (7th Cir. 1982) (holding that district court had abused its discretion in granting inmate mandatory preliminary injunction and ordering prison officials to transfer prisoner back to his preferred prison).

Here, the Plaintiff has not demonstrated a reasonable probability of success on the merits, irreparable harm, a lack of serious adverse effects on others, or a sufficient public interest.  The Plaintiff is not even met the requirements for obtaining preliminary injunctive relief, and, thus his motion seeking declaratory judgment and permanent relief, before the pleadings were even joined and without service on the Defendants (see Motion), should

be denied.    WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN respectfully request that this Court deny the Plaintiff's "Motion for Declaratory Judgment and Default Judgment," and grant them such other relief as the Court deems equitable and just.

Respectfully submitted,

CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

David M. Walter, #6244907                    Attorney for Defendants,
Assistant Attorney General
500 South Second Street
Springfield, IL 62706                    BY: /s/David M. Walter
217/782-5819                                David M. Walter
                                           Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2005, I electronically filed Defendants' Response to the Plaintiff's "Motion for Declaratory Judgment and Default Judgment" with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on March 15, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

Mark Urioste, #N-87529
Dixon Correctional Center
2600 Brinton Avenue
Dixon, IL 61021

Respectfully submitted,
s/David M. Walter
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
(217)782-5819
(217) 524-5091 (facsimile)
dwalter@atg.state.il.us
#6244907