E-FILED
Wednesday, 16 March, 2005 11:35:51 AM
Clerk, U.S. District Court, ILCD
MAR 16 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT

To Honorable Judge Mr. Baker,    04-1380

Sept 26-2004 R.N. Nelson lied she knew & retired 9-26-04 to 10-26-04 I spent 1 month falsely in segregation. Than same building I spent 150 days in D.P.U. Today Thursday the 10th I went to commissary, they don't go down the line, they skip from item to item. I order 2 packs of small underware but they charge me $4.26 for 2 packs of small boxers? At 1:30 P.M. I got transfer to house unit 38 cell 7. At night there are 2 C.O.'s are petty & no compassion, C.O. Schultz & C.O. Denthal! I'm not crazy, I take no med's, I quit smoking 12-20-03! Today I shaved all my hair. I had my consitutional rights taken away! I was born a Roman Catholic refuse to go to Catholic mass all these month's. I was a Lance corpal in Marines I refused Go to meeting or Veteran's Day! I'm in H.U. 38 here every if you leave you're cell put everything away, that's back word if you leave the building! But not if you Go just to dietary for chow. Dr. Mr. Mesrobien main Dr. gave me wrong diagnosis 9-7-04? said I had flamatory hemorrhoids will cut out in month but 9-26-04 R.N. Nelson lied & w.o. A.P.N Ms. Henry & Lt. Gorman & Daniels & Mr. Ress are very Gullible. If R.N. Ms. Nelson telling the truth why did she retired. 12-7-04 had an appointment with Dr. Mesrobien told me not flamatory hemorrhoids! but what's now they are itchy & bleeding. I did not do the crime just cause Judge Chapman found me Guilty, they refuse me A.D.N.A. If would of gave me think negligence 10 mins no oxygen in emergency room?

2

D.N.A. I wouldn't spent over 18 yrs locked up! I AM not RetARded I'm sAne, cAuse I live For To day & DreaM For tomorrow, leARn From yesterday! NElson lied & I tAke the FAll!

God Bless you,
Righteous StAR
PResAint MARK S. URiostE

N-87529

P.S. I moved From D.P.U. B wing cell 59, on ThuRsdAy 3-10 At 1:30 PM. To House unit 38 cell 7, FRidAy Night Just cAuse I wAs Visited by InmAtes, C.O. odenthal About 7:30 PM mAde me As C.O. sAy "PAck your shit." I hAve no choice I move over To cell 11. So C.O. schultz & odenthal cAn bAby sit me, C.O. odenthal open's my Door when he wAnts, shAke Down my cell 7 oR 8 Times A month! IF I Don't smoke cigerettes why smoke dope, I'm not cRAzy why mess mind with DRug's! Only Time I hAve PeAce of mind, C.O. odenthal off suedAy & mondAy, C.O. schultz off MondAy & tuesdAy, my DAy is mondAy other thAn thAt I AM messed with! I hAve no FRiends Here only ASSociAte's I NEEd A PeRson High up thAt MAkes things hAke! Sin seems like you cAn hAndle the TRuth over R.N. NElson They ARe Gullible? 1981 I meet Jesus while in A comA DuRing my FiRst lung opeRAtion, Told me when Justice PRevAil be sAint mARK S. URiostE They cAn't hAndle The TRuth?

To Honorable Judge Mr. Baker,

It's Sunday, 3-13 I went to 68, while there cause I shaved all my hair! They ask me Do I want to Escape, why I been here over 18yrs & out Day 8-8-06! I ask Lt. Gorman why can't I move to House Unit 43, Lt. Gorman told me I can't get Transfer cause Lt. Daniels wt committee Found me Guilty & Put in Segregation, Know That's why I Put a Lawsuit in! R.N. Nelson lied They are Gullible To believe her! If Lt. Mr. Gorman a Righteous stand, 9-24-04 in Dietary Told me I'm Moving to 43! being a 2Face 9-26-04 in Health Care Unit said Shut up Pervert, but I Just Tap From a Freak Accident & I Apologized while I Sat on bench in other Room! Lt. Mr. Gorman Should Do Right For calling a Pervert, Amend & Move to 43! I'm not Perfect but I'm not Retarded, I was a Lance Corporal in Marine's! See me Friend & I'll show you 2 pictures I got, I was baptized a Roman Catholic so Am I not An American! Why Didn't I have Constitutional Rights, 9-26-04 to 3-10-05 I had None! I Feel I should get Paid For All suffering & Pain, Bullshit & Teased For what I Didn't Do! Cause Lt. Daniels wt committee Put 1 month in Segregation & D.P.U. 10-26-04 to 3-10-05, Also 6 months of Restriction Visits Rights! I love my Parents why Do They Have to Pay! They Aren't Spring Chickens Anymore in 70's! This is my 3rd letter No Justice here if win This Prison make me Pay Rent, Please Transfer To Disable Prison in St. Louis! I Get out of Prison 8-8-06 that's years For a Crime I Didn't Do, Judge Chapala Gave No P.H.A.

God Bless you,
Righteous stand,
Presavit Mark S. Uhrich sr

P.S. I ask could I have my Good time back than I will have few months left. 1-3-05 Lt. Daniels wrote me Reads you have no Revoked Time to Restore! That's why I want to be Transfer over 18 yrs no compassion. I believe in inmate helping Inmate a smoke or shot of coffee! but only material items, but here they are petty & money hungry committee here I have no Good time cause I'm Prejudge Guilty before hearing the truth or facts! I want too Go place where love for fellow man + compassion, I will be at Disable Prison in St Louis! only about 7 miles from my house, I live in Madison + Pontoon Beach I could go To my Dentist! In Madison county Jail I got my Jaw brake & I got to wear a Dentures! but my Ridges shrank so loose, my 1st time of Many in 38' my Dentures Got stolen so for many yrs I had None, this yr I paid $150.00 for New Dentures 12-18 That Friday I Got my hearing Glasses! I know you are the man W.O. Don't care she's the boss! you think W.O. Wants To loose me, A Person Things is retarded.

God Bless you,
Righteous stand
"Prisan Mark"