FILED E-FILED
Monday, 25 April, 2005 11:45:54 AM
Clerk, U.S. District Court, ILCD
APR 25 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To honorable Judge me. Baker    04-1380

I'm Mark.S. Urioste N-87529 The Victim, Case Against Nelson Case Number 1:04-cv-1380! I Didn't Rub her ms. Nelson lied then retired I was done wrong, Didn't know where to turn! I hired Albert J. Sullivan a Jailhouse Lawyer for 35yr's, Monday 18 I Recieved A letter from Clerk of The Supreme Court! I shaved All my hair on 3-10-05 the Day I left D.P.U., At time was Superintendent ms. Henry Falsely Put in DPU! Just cause I Got A head Injury, I'm Retarded, So Lt. Daniels Assume Guilty lied put 30 Day's Segregation 7th time! Why my Court Day 4-27-05 At 1:30pm been cancelled, I found out the 4-18 Monday, what clerk is to notify the Parties About Court Enter a Scheduling order, what mean Entered by Judge Harold A. Baker on Friday 4-15-05! I ask to talk too Curt. D. Eubank The Litigation coordinator, I want too know what's up I'm the Victum! I'm in House unit 38 A Mental building why here, I'm Sane Don't take med's for Anything! I'm Indefinite medical Lay-in cause I have Abundance of Problems, So I leave thing's out to Get too Quick! I'm a berm, cause I hardly leave my cell, I don't Go & Eat cause I hate wearing the Monkey suit! Also I'm S.T.G. why Go Eat At G.P. Kitchen, Wensday 20th A sgt-no said I have An Appointment to sick call! No time to put Any thing Away it was out for medical problem's, C.O. Rodriguez Gave me A ticket & took 3 bags of Doritos! lied say out not out in open, how was under my bed in Paper Sack! Now Superintendent ms. Henry They made her Asst Warden officer ms. Henry, put me through

SHAKE DOWN 4-1 + Both shifts 21!

Hell hoping For Justice! I was shocked & ready for 4-27-05 For Court, Than I find out cancelled why? I Am A Hermit For over 18 yr's, I have no Friends only Associates! I keep to my self stay in cell watch my c.t.v., I'm Always using my Fan For I have A heat & sweat Problem! I Am Totally Innocent, Judge Chapman knew 8-8-86, why Refuse To give me D.N.A.! When Find me Innocent I want to sue the state For billion Dollars Tax-Free, cause Tryed At least 3 time's For A D.N.A. Test! 4-1-11-21 this month They shake me Down, C.O. Took A can of menthol Tobacco I have A Heart & compassion! GAVE me A shake Down slip Took can Top tobacco, called it A contraband Found! Today is Thursday, 4-21-05 but Badge 7957 said Today is 4-11-05 why Do they mess wt me! I Do want A D.N.A. Test cause They can't Realize I'm A Human not A Freak cause They Got A Hit on me! I wanted to show you my scar on my back From 3 lung operations There is no compassion if was Than I wouldn't have spent 7 time's in Segregation! Commissary Ripping me off Got Paid 4-4-05 Had $96.65 & spent $114.20, 4-5 Got $100. owed $17.55! bought NORelco charge $52.41 For A Norelco 4401LC/5, but Never gave me A case For The shaver. Mine is A Reflex Plus 6, After $100 & Paid off shaver That left me $47.51, owed $17.65 left $29.86, but 4-19-05 Got Another $100. I spent $99.86! But where is $9.86, I Got to Get out of This prison, They Got A lit & Treat Retarded, Please Transfer to Disable prison in St. Louis! cause here Got no compassion or love For life!

God Bless you Righteous Stud!   Marine Name!
PresAint Mark S. Urioste of "Freebird"