E-FILED
Friday, 29 April, 2005  10:26:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK URIOSTE,
    Plaintiff,

vs.                                                                          04-1380

NURSE C. NELSON, et. al.,
    Defendants.

### CASE MANAGEMENT ORDER

The court shall abide by the following scheduling deadlines:

1) All discovery in this case is to be completed by Monday, October 31, 2005.

2) Any dispositive motions shall be filed on or before Monday, November, 14, 2005.

3) The pretrial conference will be held in Urbana, Illinois on Wednesday, December 7, 2005 at 1:30 p.m.  The plaintiff and counsel for the defendants shall appear in person.

4) The defendants are reminded that they bear the responsibility for the initial preparation of the pretrial order.  The final pretrial order shall be received by the clerk of the court on or before Monday, December 5, 2005.

5) No trial date is set at this time.

ENTERED this 29th day of April, 2005.

**s\Harold A. Baker**

_____

HAROLD A. BAKER
UNITED STATES DISTRICT JUDGE