Thursday, July 2005 1:09:04 AM
Clerk, U.S. District Court, ILCD
RECEIVED
JUL 13 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

NOW. 7-12-05 A YEAR lAter, TRuTh

look At side & see no compAssion?
To HonorAble RiGhTeous JuDGe MR. Brown, 04-1380

I WAS in cell3 on south side of 38, AFter Dizzy hit side by EyE's They becAme bloodshot? So I SiGn For sick cAll, R.N. mAde APPoinTment To see DR. mesrobiAn the mAin Doctor, DR. PrescRibed EyeDRoPs 4 Times A DAy, but DAy's I only Got 3 times A DAy! on 9-24 thAt FRiDAy Lt. GormAn Told me in The dietARy in AFternoon, that I wAs bein TRAns fer From 38 To 43. ThAt SundAy 26 of 04 DAy before the lAst Time For EyE DRops, I went To H.C.u. with med line G.P. & At night I wuld Put DRops by myself, R.N. NElson Thinks I'M ReTARDed becAuse I'm S.T.C., So I tied hAnd's behind my bACK ThAn A freAK Accident right hAnd Jerk not Know where went, I TAPPed her, I APologized To R.N. NElson! I HAVE 2 memo's ThAt ReAds ThAt my HAnd ShAKe & JerK R.N. NElson To I.A.C.o. ThAt I Touched her! So C.O. hAD sit on bench by Room 2 For A Few mins. Then I SAt on bench in dispensARy! I seen Lt. GormAn WAlKing To me It. STARted ReAching For hAndcuff's, CAlm & Polite I AsK Am I Going To SegRegAtion! Lt. GormAn sAid shut up PerverT! I WAs in shock Going To SEGReGATion. While There I hAd A bAll movement! they took underweAR not Even RePlAce oR A shower, ThAn I Got my sum mARy bACK? ReADs I Touched & TRied To Rub (R) Thigh! R.N. NElson sAy I WAs looking & smiling, How, I hAD not RecieVed my DeTuRe's yet!

I Toll Lt. ERNEstine DAniels chAiR Person of committee the TRuth I PleAd not Guilty! STAted my hAnd Jerked & I TAPPed Her, & ThAt is All, It WAs A one Time only. I Did not he

C.O. Ramos, Rodriguez, Odenthal Tease Give Petty Tickets
I'm Sane Just cause False Assault, No Good Time I can't leave!
How is TAPA Touch or Rub, I'm confused!
I was not smiling at her, & I did apologized!
H. Daniels "believes" her own!

Decision | Reads I "Did" Touch the Right thigh of nursing staff & I Attempt To Rub staff's thigh - how From A TAP!

Over lie's Disciplinary Action.
1 Month C-Grade - why I have medical Problems!

1 month Segregation why I Did Nothing Wrong!

6 Mon's Contact Visits Restriction why Parents suffer!

After Segregation A/W Ms. Henry, Now At townwide madam Put in X-house 3 mon's From 10-26-04 to 1-26-05! Than W.I. Keer J.H March 10 of 05! I Am S.T.C. Since 4-17-1996 to Doin Nothing wrong! I have no good time cause I have An on charge since my out date is Aug. 8 of 06, for lie's shoot let me out that day w/ All good time back Don't need All! I'm in S.T.C. Now Still lieing on me, Giving bogus & Petty Tickets They believe their own Even if lieing, for a special Treatment center no Help or Compassion! So I Do For Myself Allegal, Just cause I'm very Different come's bogus Petty lieing Tickets! I'm Indefinite medical lay in Got Abundance Problems, I use commissary for medical problems they have no Heart! W.O. Nedra. R. Chandler FSWD chief Administrative officer, believes lie's pray Pay's For Approving & Give's commissary Restriction!
God Bless you Righteous Sir'D!

"Presaint Mark J Ur...STO    N-84...