IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARK S. URIOSTE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 04-1380 |
| | ) |
| NURSE C. NELSON; LIEUTENANT | ) |
| E. DANIELS; COUNSELOR ROSS | ) |
| ANDERSON; ACTING WARDEN N. | ) |
| CHANDLER; SUPERINTENDENT MARY | ) |
| HENRY; LIEUTENANT GORMAN; | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, Lisa Madigan, Attorney General for the State of Illinois, and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, move this honorable Court for an enlargement of time of fourteen days, in which to file a dispositive motion, stating as follows:

1. Under the current Scheduling Order, dispositive motions are to be filed on or before November 14, 2005.

2. The Plaintiff's deposition was taken on October 28, 2005, but the Defendants have not yet received a copy of the transcript.

3. The transcript of the Plaintiff's deposition is needed in order to properly prepare and provide the Court with a well-supported motion for summary judgment.

4. Thus, the Defendants respectfully request that the Court grant them an additional fourteen days, to and including November 28, 2005, in which to file a dispositive motion.

5. The Plaintiff will not be unduly prejudiced by this short enlargement of time.

6. This motion is made in good faith in order to properly represent the interests of the Defendants, and to promote judicial economy, and is not intended to cause undue delay.

WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN , respectfully request that this Court allow them an enlargement of time of fourteen days, to and including November 28, 2005, in which to file a dispositive motion, and grant them such other relief as the Court deems equitable and just.

Respectfully submitted,

CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Attorney for Defendants,

David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706
217/782-5819

By: /s/David M. Walter
David M. Walter
Assistant Attorney General

Of Counsel.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed Defendants' Motion for Enlargement of Time with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on November 10, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

    Mark Urioste, #N-87529
    Dixon Correctional Center
    2600 Brinton Avenue
    Dixon, IL 61021

    Respectfully submitted,
    s/David M. Walter
    Assistant Attorney General
    500 South Second Street
    Springfield, IL 62706
    (217)782-5819
    (217) 524-5091 (facsimile)
    dwalter@atg.state.il.us
    #6244907