IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MARK S. URIOSTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1380 |
| | ) | |
| NURSE C. NELSON; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby move for summary judgment, stating as follows:

1. On or about October 29, 2004, the Plaintiff's Complaint in the above-listed matter was received by the Court.

2. Nevertheless, the Plaintiff's Complaint and deposition testimony establish that there is no evidence that any of the Defendants were personally responsible for a constitutional deprivation.

3. The Plaintiff had no protected liberty interest, which prohibited him from being placed in segregation, or temporarily denied contact visits, without due process.

4. The Plaintiff's right to practice his religion was also not burdened in a significant way, by being in segregation for a month.

5. The alleged acts of the Defendants that the Plaintiff complains about and described during his deposition do not rise to the level of cruel and unusual punishment.

6. There is no continuing violation of federal law, thus, neither injunctive nor declaratory relief are proper.

7. The Defendants are also entitled to qualified immunity, because the alleged acts of the Defendants did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

8. Moreover, the Plaintiff has failed to exhaust his administrative remedies, as required by 42 U.S.C. §1997e(a).

9. A memorandum of law in support of this motion is being filed simultaneously with the motion.

WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN respectfully request that this Court grant them summary judgment in this matter, and grant them such other relief as the Court deems equitable and just.

        Respectfully submitted,

        CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

        Defendants,

        LISA MADIGAN, Attorney General,
        State of Illinois,

        Attorney for Defendants,

David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62706    By: /s/David M. Walter
217/782-5819        David M. Walter
        Assistant Attorney General

Of Counsel.

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed Defendants' Motion for Summary Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on November 28, 2005, I mailed by United States Postal Service, the document to the following non-registered participants:

>Mark Urioste, #N-87529
>Dixon Correctional Center
>2600 Brinton Avenue
>Dixon, IL 61021

>Respectfully submitted,
>s/David M. Walter
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>dwalter@atg.state.il.us
>#6244907

Mark Urioste, #N-87529  
Dixon Correctional Center  
2600 Brinton Avenue  
Dixon, IL 61021