| STATE OF ILLINOIS | ) | *Urioste v. Nelson, et al.*, |
|---|---|---|
| | ) ss. | Case No. 04-1380 |
| COUNTY OF LEE | ) | |

## AFFIDAVIT OF MARY HENRY

I, MARY HENRY, the undersigned, being first duly sworn under oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1.  I am employed by the Illinois Department of Corrections ("DOC") as an Assistant Warden at the Dixon Correctional Center.

2.  I have reviewed the Plaintiff's Complaint in the above-listed matter.

3.  The Plaintiff has not made any allegations of misconduct against me in his Complaint, and I had no personal involvement with respect to any of the events at issue in this case.

4.  Dixon Correctional Center maintains records of inmates in the ordinary course of business.

5.  The following records of the Plaintiff, which are attached, are true and accurate copies of records kept by the DOC in the ordinary course of business, which were provided to counsel for the Defendants:

(1) Disciplinary Report, dated September 26, 2004;

(2) Incident Report, dated September 26, 2004;

(3) Adjustment Committee Final Summary Report, regarding September 30, 2004 hearing;

(4) Committed Person's Grievance, No. 04-10-50, and Counselor's

-1-

DEFENDANT'S EXHIBIT 3

Response, regarding the September 26, 2004, disciplinary report;

(5) Grievance Officer's Report and Chief Administrative Officer's Response, dated November 2, 2004.

6. According to DOC records, the Plaintiff received an inmate disciplinary report from Nurse Connie Nelson, dated September 26, 2004, for touching and trying to rub her thigh.

7. According to DOC records, the Plaintiff was found guilty of staff assault and received, among other things, one month in segregation as punishment, following a hearing on September 30, 2004.

8. I had no involvement, however, in reviewing, hearing, or investigating this disciplinary report, or approving the discipline that the Plaintiff received as a result this disciplinary report.

9. According to DOC records, the Plaintiff has submitted no grievance at the institutional level regarding the alleged denial of his religious rights.

10. There is also no record of the Plaintiff making anyone at the Dixon Correctional Center aware of this issue about his religion.

11. Inmates at Dixon are offered the opportunity to participate in the religion of their choice.

12. Weekly chapel services are available to inmates of various faiths, including Catholics.

13. The Chaplaincy Department provides visitation to inmates.

14. Faith representatives, including Catholic faith representatives, are also

-2-

available to provide pastoral counseling, when requested.

15. Inmates in segregation are provided reasonable opportunities to pursue their religious beliefs and practices, including visitation by the Chaplaincy Department and faith representatives, subject to concerns regarding safety and security,

**Further Affiant sayeth not.**

Mary Henry, Affiant

Subscribed and sworn to before me this 28th day of November, 2005.

Nora G. Edmunds
Notary Public

"OFFICIAL SEAL"
Nora G. Edmunds
Notary Public, State of Illinois
My Commission Expires Nov. 1, 2008

State of Illinois - Department of Corrections
**DISCIPLINARY REPORT**

☐ Disciplinary Report  9-26-04
☐ Investigative Report  200405555

Committed Person: Urioste, Mark    No. N87529    Facility: Dixon

Observation Date: 9-26-04    Time: 1:15pm  am/pm    Location: HCU-dispensary

PRINT Employee's Name: C. Nelson, RN
Employee's Signature/Date/Time: C. Nelson 9/26/04 1:25p

Offense: 504 A ☐ B ☑ C ☐  102: Assault   107: Sexual Misconduct

Observation: While receiving eye drops into his eyes, Urioste touched + tried to rub this RN's outer (R) thigh. This RN observed Urioste looking and smiling at this RN when touching RN's thigh.

Witnesses, if any: N/A

☑ Temporary Confinement  ☐ Investigative Status  Reasons: Inmate placed in DXR Segregation for safety and security of the institution.

PRINT Name: [illegible]
Shift Supervisor's Signature and Date: [signature] 9-26-04

☐ Confinement Reviewed by Reviewing Officer  Comment: ___

☑ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
PRINT Name: LT [illegible]
Reviewing Officer's Signature and Date: [signature] 9-26-04

☑ Reviewed by Hearing Investigator (Adult Division Major Reports Only)
PRINT Name: E LANDNER
Signature and Date: [signature] 9/27/04

**PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS**

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: F/m Received copy
Committed Person Refused to Sign ☑

PRINT Serving Employee's Name: E. Nally 8153 Nally
Serving Employee's Signature: E. Nally 8153
Date and Time Served: 9/26/04  4:00 pm

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: ___

Committed Person's Signature and Number: ___

---
(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of ___  Date ___

NAME OF WITNESS: ___    Number/Cell/Title: ___
Witness can testify to: ___

NAME OF WITNESS: ___    Number/Cell/Title: ___
Witness can testify to: ___

Committed Person's Name and Number: ___

DC 7205 (Rev. 4/95)  Distribution: 1) Master File, 2) Committed Person; 3) Facility; 4) Facility
L 426-0361

EXHIBIT 1

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS
ADULT AND JUVENILE DIVISIONS
INCIDENT REPORT

2/4 IDK

Institution/Program: Dixon CC      Date and Time of Incident: 9/26/04 1:15p

If the answer is yes to any of the following questions, explain in narrative below:
A. Was a Weapon Involved: YES ☐ NO ☒   B. Were Restraints/Force Used: YES ☐ NO ☒   C. Was Property Damaged: YES ☐ NO ☒
D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒   E. Were Arrests Made: YES ☐ NO ☒
F. Any Injuries/Hospitalizations: YES ☐ NO ☒   G. Were there Media Inquiries: YES ☐ NO ☒

Inmates/Staff Involved:
Name: Urioste    I.D.#: N87529    Offense:    Commitment Date:

Witnesses to Incident:
Name:    I.D.#:

Statement of Facts: (NARRATIVE)

On the above date & time, this RN was administering prescribed eye drops to the above I/M. The I/M was sitting in a chair, while this RN stood at I/M's right side. This RN felt my (R) thigh being touched, looked down & saw I/M's hand on my thigh. This RN quickly looked at I/M's face. I/M was looking at this RN & smiling.

This Major Meyer notified. I/M Urioste placed in D/P segregation.

Reporting Employee: [signature]    Date/Time: 9/26/04 1:10p
Person Calling in Report: [signature] #8017    
Person Accepting Report: K1637    Date/Time: 9-26-04 2:20

Administrative Assessment:

Chief Administrative Officer: _____   Date/Time: _____

Distribution: Director
Deputy Director of Appropriate Division
Deputy Director of Bureau of Inspections and Audits
Legal Services (only if restraints/force used)
File

DC 434 (4/83)
IL 426-0410

EXHIBIT 2

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** URIOSTE, MARK S  **IDOC Number:** N87529  **Race:** WHI
**Hearing Date/Time:** 9/30/04  09:46 AM  **Living Unit:** DIX-XC-C-08  **Orientation Status:** N/A
**Incident Number:** 200405555/1 - DIX  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 9/26/04 | 200405555/1-DIX | NELSON, | HEALTH CARE UNIT | 01:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Staff | Guilty |
|  | *Comments: Rubbed staff's leg* |  |
| 107 | Sexual Misconduct | Deleted |
|  | *Comments: Rubbed staff's leg* |  |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

## RECORD OF PROCEEDINGS
Ticket read, inmate plead not guilty. States his hand jerked and he tapped her and that is all. States it was one time only. States he did nothing wrong. States he was not smiling at he and he apologized to her.

## BASIS FOR DECISION
Based on evidence in ticket that inmate did touch the right thigh of nursing staff and attempt to rub staff's thigh and inmate's admission of coming into contact with staff the committee finds him guilty.

## DISCIPLINARY ACTION  (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

### Signatures
**Hearing Committee**

DANIELS, ERNESTINE  - Chair Person    *[signature]*    BLK
ANDERSON, ROSS W    *[signature]* CCII    WHI

Recommended Action Approved    *[stamp: OCT 2004]*

**Final Comments:** N/A

NEDRA R CHANDLER / NRC  10/7/04    *[signature]* 10/7/04
**Chief Administrative Officer**    **Signature**    **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

*[signature]* 8300    10-8-04  Ap 9:00P
**Employee Serving Copy to Committed Person**    **When Served -- Date and Time**

EXHIBIT 3

Run Date: 10/7/04 13:22:10    Page 1 of 1

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**      04-10-50

| Date: | Committed Person: (Please Print) Presaint MARK S. URioSH | ID#: N-87521 |
|---|---|---|
| Present Facility: | Facility where grievance issue occurred: H.C.U. Dispensary | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [x] Medical Treatment
- [x] Disability
- [ ] Other (specify): C-8

- [x] Disciplinary Report: 9/26/04 by R.N. C. NElson she lied!
  Date of Report / Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** 102: Assault & 107: sexual misconduct while Recieving Eye drop's into his Eye's, URioste Touched & Tried To Rub This R.N's outer (R) Thigh. This R.N. observed URioste looking & smiling At This R.N. when touching R.N's Thigh.

Truth - sure I tapped her Not Knowing where my Right hAnd Is/is I hAve 2 memo's That prove's it' once As EArly As 2,600d' AgAin 2stAALs Auk' but not once Did she mention I sAid wAs slang' The story chAnged After seen by Lt GormAn; sure It tApped + I did n't Rub her thigh. How smile no teeth?

**Relief Requested:** I would like to Get nAme cleAned before leaving, I would like to have R.N.C. Nelson TAKe lie detector test! cAuse After seeing Lt GormAn The story chAnged! leave G.P/Pcc with An Heart + some compAssion!

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____ _____ _____
Committed Person's Signature      ID#        Date
(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 10/1/04   [ ] Send directly to Grievance Officer   [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: Due to dealing with an IDR, this is referred directly to IIB.

_Dw Fox_                                   _[signature]_   10/26/04
Print Counselor's Name                      Counselor's Signature   Date of Response

**EMERGENCY REVIEW**

Date Received: __/__/__   Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.

_____ _____
Chief Administrative Officer's Signature      Date

Distribution: Master File; Committed Person     Page 1     DOC 0046 (Eff. 10/2001) (Replaces DC 5657)
Printed on Recycled Paper

EXHIBIT 4

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO COMMITTED PERSON'S GRIEVANCE**

### Grievance Officer's Report

**Date Received:** October 30, 2004   **Date of Review:** November 2, 2004   **Grievance #** (optional): 04-10-50

**Committed Person:** Urioste, Mark     **ID#:** N87529

**Nature of Grievance:** Disciplinary Report

**Facts Reviewed:** Based upon the Disciplinary Report dated 09-26-04, Adjustment Committee Summary dated 09-30-04, this Grievance Officer is reasonably satisfied Inmate Urioste committed the offense of 102 Assaulting any Person (Staff). Reports indicate Nurse Nelson was putting eye drops in Inmate Urioste eyes, when Inmate Urioste touched and tried to rub Nurse Nelson's thigh. Nurse Nelson observed Inmate Urioste smiling at her (Nelson) while touching Nurse Nelson's thigh. Inmate Urioste admits he tapped her but he claims that his hand jerks (uncontrollably) and it was accidental. This Grievance Officer notes the Adjustment Committee deleted 107 Sexual Misconduct and found Inmate Urioste guilty of making physical contact with staff.

**Recommendation:** Based upon a total review of all available information and a compliance check of procedural due process safeguards in accordance with Department Rule 504, this Grievance Officer recommends this grievance be denied.

James Martens
Print Grievance Officer's Name                         Grievance Officer's Signature
(Attach a copy of Committed Person's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 11/2/04     ☑ I concur   ☐ I do not concur   ☐ Remand

**Comments:**

Chief Administrative Officer's Signature                         11/2/04

### Committed Person's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must be submitted within 30 days after the date of the Chief Administrative Officer's decision to the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response, if applicable, and any pertinent documents.)

Committed Person's Signature            ID#            Date
Distribution: Master File; Committed Person     Page 1     DOC 0047 (Eff. 10/2001)
Printed on Recycled Paper     (Replaces DC 5657)


EXHIBIT