STATE OF ILLINOIS          )            *Urioste v. Nelson, et al.*,
                           ) ss.        Case No. 04-1380
COUNTY OF LEE              )

## AFFIDAVIT OF MICHAEL GORMAN

I, Michael Gorman, the undersigned, being first duly sworn under oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am employed by the Illinois Department of Corrections ("DOC").

2. I have been employed by the DOC from 1987 through the present.

3. Since 1997, I have been a Correctional Lieutenant.

4. I work at the Dixon Correctional Center.

5. On September 26, 2004, I was called to the Health Care Unit.

6. Nurse Nelson told me that the Plaintiff had inappropriately rubbed her leg, while she was applying eye drops.

7. I called the Shift Commander, and placed the Plaintiff in segregation.

8. I had no involvement in the hearing on the disciplinary report for this incident.

9. I had no involvement in investigating or reviewing the disciplinary report.

10. The Plaintiff was transported to segregation without incident.

11. I did not shove the Plaintiff at any time.

12. I did not hit the Plaintiff at any time.

13. I did not call the Plaintiff "retarded."

14. I did not call the Plaintiff a "pervert" either.

-1-

DEFENDANT'S EXHIBIT 4

15. Other than removing the Plaintiff from the Health Care Unit and placing him in segregation, I had no involvement with the Plaintiff's allegations in this case.

**Further Affiant sayeth not.**

                                                                                    _____
                                                                                    Michael Gorman, Affiant

Subscribed and sworn to before me this 28th day of November, 2005.

_____
Notary Public

"OFFICIAL SEAL"
Nona G. Edmunds
Notary Public, State of Illinois
My Commission Expires Nov. 1, 2008

-2-