STATE OF ILLINOIS )     *Urioste v. Nelson, et al.,*
                    ) ss.    Case No. 04-1380
COUNTY OF LEE )

## AFFIDAVIT OF ROSS ANDERSON

I, ROSS ANDERSON, the undersigned, being first duly sworn under oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am employed by the Illinois Department of Corrections ("DOC") as a Correctional Counselor II at the Dixon Correctional Center.

2. I have reviewed the Plaintiff's Complaint in the above-listed matter.

3. Dixon Correctional Center maintains records of inmates in the ordinary course of business.

4. The following records of the Plaintiff, which are attached, are true and accurate copies of records kept by the DOC in the ordinary course of business, which were provided to counsel for the Defendants:

(1) Disciplinary Report, dated September 26, 2004;

(2) Incident Report, dated September 26, 2004; and,

(3) Adjustment Committee Final Summary Report, regarding September 30, 2004 hearing.

5. The Plaintiff received an inmate disciplinary report from nurse Connie Nelson, dated September 26, 2004, for touching and trying to rub her thigh.

6. On September 30, 2004, I was a member of the Adjustment Committee, which conducted a disciplinary hearing on the Plaintiff.



DEFENDANT'S EXHIBIT 6

7. The hearing was conducted pursuant to Department Rule 504 (20 Ill. Admin. Code §504.80).

8. Following the hearing on September 30, 2004, the Plaintiff was found guilty of staff assault and received, among other things, one month in segregation as punishment.

9. My participation as a member on the Adjustment Committee that heard the disciplinary ticket against the Plaintiff is my only personal involvement is this case.

**Further Affiant sayeth not.**

Ross Anderson, Affiant

Subscribed and sworn to before me this 28th day of November, 2005.

Nona S. Edmunds
Notary Public

"OFFICIAL SEAL"
Nona G. Edmunds
Notary Public, State of Illinois
My Commission Expires Nov. 1, 2006

-2-

State ... - Department of Corrections
**DISCIPLINARY REPORT**

Page 1 of 1

☐ Disciplinary Report __9-26-04__  ☐ Investigative Report __200405555__
                        Date                                                                             Date

Committed Person: __Urioste, Mark__ No __N87529__ Facility: __Dixon__

Observation Date: __9-26-04__ Time: __1:15 pm__ am/pm Location: __HCU-dispensary__

__C. Nelson, RN__
PRINT Employee's Name            Employee's Signature/Date/Time: __(signed) 9/26/04 1:25p__

Offense: 504 A/B/C __102: Assault   107: Sexual Misconduct__

Observation: While receiving eye drops into his eyes, Urioste touched + tried to rub this RN's outer R thigh. This RN observed Urioste looking and smiling at this RN when touching RN's thigh.

Witnesses, if any: __N/A__

NOTE: Use continuation page if necessary to describe observation and/or list witnesses.

☒ Temporary Confinement  ☐ Investigative Status  Reasons: __Inmate placed in DXR Segregation for safety and security of the institution.__

PRINT Name __C. Vm__  Shift Supervisor's Signature and Date __(signed) 9-26-04__
(For Community Correctional Centers, Chief Adm. Off.)

☐ Confinement Reviewed by Reviewing Officer  Comment: _____
PRINT Name _____  Signature/Date _____

☒ MAJOR, submitted to Adjustment Committee   ☐ MINOR, submitted to Program Unit
PRINT Name __LT Shay #7121__   Reviewing Officer's Signature and Date __(signed) 9-26-04__

☒ Reviewed by Hearing Investigator
(Adult Division Major Reports Only)  PRINT Name __Lancaster__   Signature and Date __(signed) 9/27/04__

PROCEDURES APPLICABLE TO ALL HEARINGS ON INVESTIGATIVE AND DISCIPLINARY REPORTS

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

PROCEDURES APPLICABLE TO HEARINGS CONDUCTED BY THE ADJUSTMENT COMMITTEE ON DISCIPLINARY REPORTS

You may ask that witnesses be interviewed and, if necessary, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing. If you are found guilty of a serious rule violation, you may be placed in confinement and/or lose privileges, and/or be required to make restitution. In addition, juveniles may receive a delay in recommended parole.

Committed Person's Signature and Number: __I/m Received copy__   Committed Person Refused to Sign ☒

PRINT Serving Employee's Name: __E. Muller 8153 Molly__   Serving Employee's Signature: __E. Muller 8153__   Date and Time Served: __9/26/04 4:00 pm__

I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offense Date: _____
Committed Person's Signature and Number _____

-----------(DETACH AND RETURN TO THE ADJUSTMENT COMMITTEE OR PROGRAM UNIT PRIOR TO THE HEARING)-----------

I would like the Adjustment Committee or Program Unit to consider calling the following witnesses regarding disciplinary report of _____ Date _____

NAME OF WITNESS: _____   Number/Cell/Title: _____
Witness can testify to: _____
NAME OF WITNESS: _____   Number/Cell/Title: _____
Witness can testify to: _____

DC 7208 (Rev 4/95)  Distribution: 1) Master File; 2) Committed Person;  Committed Person's Name and Number
IL 426-0361  3) Facility; 4) Facility

EXHIBIT 1

STATE OF ILLINOIS — DEPARTMENT OF CORRECTIONS

2/4 IDK

## ADULT AND JUVENILE DIVISIONS
## INCIDENT REPORT

Institution/Program: **Dixon CC**    Date and Time of Incident: **9/26/04 1:15p**

If the answer is yes to any of the following questions, explain in narrative below:
- A. Was a Weapon Involved: YES ☐ NO ☒
- B. Were Restraints/Force Used: YES ☐ NO ☒
- C. Was Property Damaged: YES ☐ NO ☒
- D. Have Apprehension Unit and/or Law Enforcement Agencies Been Notified: YES ☐ NO ☒
- E. Were Arrests Made: YES ☐ NO ☒
- F. Any Injuries/Hospitalizations: YES ☐ NO ☒
- G. Were there Media Inquiries: YES ☐ NO ☒

**Inmates/Staff Involved:**

| Name | I.D.# | Offense | Commitment Date |
|---|---|---|---|
| Urioste | N87529 | | |

**Witnesses to Incident:** (none listed)

**Statement of Facts: (NARRATIVE)**

On the above date & time, this RN was administering prescribed eye drops to the above I/m. The I/m was sitting in a chair, while this RN stood at I/m's right side. This RN felt my (R) thigh being touched, looked down & saw I/m's hand on my thigh. This RN quickly looked at I/m's face. I/m was looking at this RN & smiling.

This Major Meyer notified. I/m Urioste placed in DKP Segregation.

Reporting Employee: Nelson RN    Date/Time: 9/26/04 1:30p

Person Accepting Report: [signature] #8017    K1637    Date/Time: 9-26-04 2:20

Administrative Assessment: ____

Chief Administrative Officer: ____    Date/Time: ____

Distribution: Director, Deputy Director of Appropriate Division, Deputy Director of Bureau of Inspections and Audits, Legal Services (only if restraints/force used), File

DC 434 (4/83)
IL 426-0410

**EXHIBIT 2**

# STATE OF ILLINOIS – DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

| | | |
|---|---|---|
| Name: URIOSTE, MARK S | IDOC Number: N87529 | Race: WHI |
| Hearing Date/Time: 9/30/04  09:46 AM | Living Unit: DIX-XC-C-08 | Orientation Status: N/A |
| Incident Number: 200405555/1 - DIX | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 9/26/04 | 200405555/1-DIX | NELSON, | HEALTH CARE UNIT | 01:15 PM |

| Offense | Violation | Final Result |
|---|---|---|
| 102 | Assaulting Any Person - Staff  *Comments: Rubbed staff's leg* | Guilty |
| 107 | Sexual Misconduct  *Comments: Rubbed staff's leg* | Deleted |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

### RECORD OF PROCEEDINGS
Ticket read, inmate plead not guilty. States his hand jerked and he tapped her and that is all. States it was one time only. States he did nothing wrong. States he was not smiling at he and he apologized to her.

### BASIS FOR DECISION
Based on evidence in ticket that inmate did touch the right thigh of nursing staff and attempt to rub staff's thigh and inmate's admission of coming into contact with staff the committee finds him guilty.

### DISCIPLINARY ACTION   (Consecutive to any priors)

| RECOMMENDED | FINAL |
|---|---|
| 1 Months C Grade | 1 Months C Grade |
| 1 Months Segregation | 1 Months Segregation |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

### Signatures
**Hearing Committee**

DANIELS, ERNESTINE   - Chair Person         Signature / Date         BLK Race

ANDERSON, ROSS W         Signature / Date         WHI Race

Recommended Action Approved    OCT 2004

**Final Comments:** N/A

NEDRA R CHANDLER / NRC 10/7/04         Signature  10/7/04  Date
Chief Administrative Officer

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Weiser 8300          10-8-04  app 9:00P
Employee Serving Copy to Committed Person         When Served -- Date and Time

EXHIBIT 3

Run Date: 10/7/04 13:22:10         Page 1 of 1