STATE OF ILLINOIS      )       *Urioste v. Nelson, et al.,*
                       ) ss.   Case No. 04-1380
COUNTY OF LEE          )

### AFFIDAVIT OF LARRY JONES

I, LARRY JONES, the undersigned, being first duly sworn under oath, depose and state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and if called to testify would state as follows:

1. I am employed by the Illinois Department of Corrections ("DOC") as Senior Chaplain at the Dixon Correctional Center.

2. Inmates at Dixon, including the Plaintiff, are offered the opportunity to participate in the religion of their choice.

3. Weekly chapel services are available to inmates of various faiths, including Catholics, and the Chaplaincy Department provides visitation to inmates.

4. Faith representatives, including Catholic faith representatives, are also available to provide pastoral counseling when requested.

5. Inmates in segregation are provided reasonable opportunities to pursue their religious beliefs and practices, including visitation by the Chaplaincy Department and faith representatives, subject to concerns regarding safety and security.

Further Affiant sayeth not.

"OFFICIAL SEAL"
Nona G. Edmunds
Notary Public, State of Illinois
My Commission Expires Nov. 1, 2006

Subscribed and sworn to before me this 28th day of November, 2005.

_____
Notary Public

_____
Larry Jones, Affiant

-1-

DEFENDANT'S EXHIBIT 7