04-1380

**FILED**
JAN 3 0 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

N-87529

To Honorable Judge Mr. Brown, my name is Mark S. Uriosti my jailhouse lawyer Albert J. Sullivan Ask me to ask you if you could get me a good Lawyer, cause I have suffered brain-damage I got very poor coordination I have a rod in my knee from accident in 1985, I got my shoulder bone sticking out since 2001! I have a big scar on my side from accident of 1981, Here There is no compassion! If was I wouldn't have spent 7 B.S Time's in segregation, H. Daniels with the committee is gullible to believe her own! I have copys of her verson of tickets, The real Truth why it happen. I believe in Truth not, It. Gouman & R.N. Nelson who lied under oath!
God Bless you
Presaint Mark S. Uriosti

it be known that I wrote, back in. Sheriff's Department, District Attorney and th[e] Chapman to get Mark t[o] the dentist. We have [...] dollars and Mark has suffered a lot of pain. (6) months to get him to the dentist. All the w[ork] performed was damaged and Mark lost all his top wear top dentures.

October 5, 1987

- Due to the negligen[ce of the] Department and Dr[...] the fact that the [...] with Dr. McMast[er ...] of the Sheriff's [...] due to [...] history, Mar[k had] to go through more pain, he los[t his botto]m teeth, and his dentures wer[e ...] due to the wires.

Mark endured fourt[een ...] [m]onths of inhumane treatment, hole without [...]ys and had [...] It is diffic[ult ...] when you have no top teeth [...] teeth.

As of September 22, 1987, they put Mark in isolation and he has been deadlocked. He is allowed one morning shower, one morning call and one evening call to us for four (4) minutes, sometimes five (5) minutes. He is not allowed to watch T.V. He is taken back to his cell and locked up.

Due to the lack of oxygen, Mark has suffered brain damage. He has very poor coordination and saliva drips from his mouth. He has had three (3) lung surgeries and has a rod in his leg. He cannot run, his hand shakes and now he has a broken jaw. He has suffered lots of pain and mental anguish through all of this.

The inhumane treatment that has been inflicted on our son Mark by the Madison County Jail and the jail staff is horrible. The Madison County jail and its staff has full knowledge of these violations, and they have been reported, in writing, to the Sheriff's department, the jail superintendent and the District Attorney's office. They have done nothing to correct these violations of his human rights and, if fact, have just gotten worse.