R.T.C. Glean 7-27-01 Gave Ticket cAuse I took off shirt to bed there was X-RAy, why not see shoulder bone popping out of socket?

To HonAble DisTinguished Judge Mr. Brown,
Why defendents Reschedule cause knew was going to loose, R.N. ms. connie Nelson lied under oath she didn't stand on my Right Giving Eye dRops, R.N. was stAnding over me & my fAce, How smile I hAdn't met my Dentures yet. Lt. mike GorMAn lied under oath, sAying didn't cAll me A pervert. but when I confront it, mike gormAn he sAid he forgot thAt he did cAll A Pervert, ToDAy 2-11-06 sAturday C.O. winter's sAy's A officer cAn lie under oath Then where's Justice? LAwyer tolD my mom ThAt if I Get All my Good Time bAck, I will hAve to wear A Ankleh RAceT for 3 yr's & PoRole for 3 yr's So I Ask C.O. HAmel if Judge could change it, he (Judge) cAn't chAnge only The stAte cAn! I tAp R.W. was A freak Accident & I Did Apoligize, R.W. lied by saying I Rubbed her! wenesdAy 2-8-02 mAde 19 yrs & 6 months ThAt I been locked up. I Got 40 yrs Do 20 yr's out DAte 8-8-06! Judge chApmAn Did not Give me A D.N.A. Test, cAuse going for Appelate court Got To find A Guilty even if I was Innocent! April 17 mAke's 10 yr's I been here I hAve Recieved Alot bogus & petty, lieing Tickets seen lt. ms. DAniels with Adjustment committee cAn be Gull. Able to believe her Employee first They lie & I Got burned! W.O. ms. chAnDler should of talk with me instead believing her Employee first, Giving 30 dAy's in segregation & 1 month C-GRAde, Also 6 month's contAct visit whAt Did PARents Do?

God bless you,
Righteous Stal
Presdint MARK S. URioste N-87521

Please look At scar from Accident of 1981, 2 Ribs was Taken!
FILED
FEB 16 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

04-1380

P.S.

I'm sAne Don't TAke no meds, but It. GoRmAnt At move's People won't move me To lmAn cell! HEAD Phyic DR. DuRi Assigned me To A lmAn cell in 1996, cAuse I'm not A PoRter, since 1999 DR. mesRobiAn put me IN Definite medicAl lAy-in! before Realize I'm DisAble I wouldn't in Dietary & PoRter! I wANt To Go House unit 43 The honor dorm, I Don't Get Tickets only lies cAuse C.O.'s hAte cAuse I Don't work For them! I'm DisAble but Don't Remember work like A Dog 1996-99, store worker told me commissAry on wensedAy but hAD TuesdAy! My money #100. HAven't come yet, cAme ThursdAy I beg W.O. E hAndler For A special shop! cAuse I use commissAry For my mAny medical Problem, no compAssion like 9-26-04 why Get The heck out of here!! Excuse my French but sick being here C.O.'s Give me middle Finger & Tease, ThAn Give me A Ticket! my PhiLosophy!
live For Today & Dream For Tomorrow, Learn From yesterDAy! IF ThAt Don't Prove ThAt I'm sAne!
why phyic AlwAys Ask would you hARm oR kill yourself Think if Did could I Dream For Tomorrow! who's crAzy!!! CommissAry sold me A WAtch 12-5-02, but bAttery Died on 2-8-06 not Even 4 mon's old! I hAve proof sold me old shAver, I hAve money so commissAry sell me cheap Items! I lost my wAtch sold boombox Didn't work only pLay The TAPe, Ause At TAPe's Got Permit 9-2-05 ThAt FriDAy went buy new boombox sAiD sent bAck cAuse All defected, than why not Reinburst me no Justice?

State of Illinois — Department of Corrections
# Problem List

Resident's Name: Trieste    Resident's Number: N87529

| Problem Number | Date Entered | Problem NKA | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 1/88 | Brain damage due to injury c̄ poor coordination and slurred speech | | |
| II | 1/14/88 | Axis I — Mixed Organic Syndrome<br>" II — Borderline Personality<br>" III — H/x of Head Injury (As Above) | | |
| III | 5/25/93 | Left 7th & 8th Rib Fracture | | |
| IV | 7/12/94 | Not to use Treadmill due to improper use | | |
| 5 | 12-11-95 | IntraArticular Fx of the Distal Fibula | | |
| | 4-15-96 | MCC PROBLEM LIST UPDATED AS DATE & INT. RHCM. NO Addition No Changes | | |
| | 1/29/99 | Lay in 1 month → 2/28/99 | | |
| | 4/30/99 | Layin indefinitely | | |
| 6 | 5/22/99 | Personality change secondary to Head Trauma | | |
| | 8/10/99 | Lay in indefinitely | | |
| | 3/10/00 | May have straws @ meals NSD | 8/18/00 | no straw |
| | 11/22/00 | May property box lid off NSD | | |
| | 2/3/03 | Lay Inn Indefinately | | |

DC 7141-A   IL 426-0061   Revised, October, 1986