DATE: MONDAY - MARCH 7, 2006

IN THE UNITED STATES DISTRICT
COURT, FOR THE CENTRAL DISTRICT
OF ILLINOIS, PEORIA DIVISION

FILED
MAR - 9 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| MARK S. URIOSTE, | NO. 04-1380 |
| INMATE & MENTAL | HAROLD BAKER |
| PATIENT & | (PRESIDING JUDGE) |
| PLAINTIFF | MOTION FOR |
| -VS- | DECLARATORY JUDGMENT |
| WARDEN G. NELSON | AND, STATUS REPORT |
| ET AL, AND THE | AND, APPOINTMENT |
| ILLINOIS DEPT. | OF COUNSEL FOR |
| OF CORRECTIONS | INDIGENT STATE PRISONER |
| DEFENDANTS | AND MENTAL PATIENT |

MOTION FOR DECLARATORY
JUDGMENT AND, STATUS REPORT,
AND APPOINTMENT OF COUNSEL
FOR
INDIGENT STATE PRISONER AND
MENTAL PATIENT
PURSUANT TO RULES OF THE
U.S. DISTRICT COURT PEORIA, ILLINOIS
CENTRAL DIVISION   SINCERELY YOURS,
AND THE CRIM.
JUSTICE ACT OF   MARK S. URIOSTE - N87529
1964, 18 U.S.C.   DIXON CORRECTIONAL CENTER
§ 3006(A) ET SEQ   2600 N. BRINTON AVE.
IN FORMA PAUPERIS   DIXON, ILLINOIS 61021