DATE: SATURDAY - MARCH 11, 2006

UNITED STATES DISTRICT COURT
C.D. ILLINOIS - ROOM 305

FILED
MAR 1[?]
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF IL[?]

CASE NAME: URIOSTE -V- NELSON ET AL
CASE NO. 1:04-CV-1380
HAROLD A BAKER - PRESIDING JUDGE

APPLY AND
SEE: BRYAN -V- JOHNSON, 821 F.2d 455 (7th Cir 1987)

MOTION AND DEMAND
FOR DEFAULT JUDGMENT
AND DECLARATORY JUDGMENT
BY CLERK AND JUDGE OF
THIS COURT FOR:

"IMMEDIATE PAYMENT" OF $500,000.00
OR ANY JUST AND APPROPRIATE
AMOUNT FOR COMPENSATORY, NOMINAL
AND PUNITIVE DAMAGES FOR
DEFENDANTS ACTING PERSONALLY
AND AS OFFICIALS FOR ILL. DEPT. OF
CORRECTIONS AND UNOFFICIALLY, FOR
ABUSE AND
MISUSE OF
THEIR STATE
OF ILLINOIS
POWER.

SINCERELY YOURS
Mark S. Urioste N-87529
MARK S. URIOSTE - N87529
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE
DIXON, ILLINOIS 61021

E-FILED
Wednesday, 29 December, 2004 11:46:46 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MARK URIOSTE )
 )   *EXHIBIT — D.J.*
Plaintiff )
 )
vs. )
 )   No. 04-1380
C NELSON et al )
Defendants )

## SCHEDULING ORDER

The plaintiff, MARK URIOSTE, an inmate at the Dixon Correctional Center, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and sought leave to proceed without prepayment of fees and costs pursuant to 28 U.S.C. § 1915. Although the plaintiff is unable to prepay the entire filing fee, the court ordered the plaintiff to prepay a partial filing fee from his personal trust fund account. The plaintiff has complied with that order. Consequently, the court enters the following scheduling order. See Bryan v. Johnson, 821 F.2d 455 (7th Cir. 1987).

IT IS THEREFORE ORDERED that the plaintiff's petition for leave to proceed without full prepayment of fees and costs is granted.

IT IS FURTHER ORDERED that the United States Marshal serve a copy of the complaint, summons, and order granting leave to proceed in forma pauperis upon the defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

IT IS FURTHER ORDERED that, with respect to former I.D.O.C. employees who no longer can be found at the work address provided by the plaintiff, the Department of

Corrections shall furnish the marshal with the defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the marshal. Address information shall not be maintained in the court file, nor disclosed by the marshal.

IT IS FURTHER ORDERED that the plaintiff shall serve upon the defendants (or upon defense counsel once s/he has entered an appearance), a copy of every further pleading or other document submitted for consideration by the court. He shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date on which a true and correct copy of any document was mailed to the defendants or their counsel. Any paper received by a district judge or magistrate judge that has not been filed with the Clerk or that fails to include a certificate of service will be stricken by the court.

IT IS FURTHER ORDERED that the defendants answer or otherwise respond to the plaintiff's complaint within sixty (60) days of the service of process.

IT IS FURTHER ORDERED that this cause is set for further scheduling procedures under Fed. R. Civ. P. 16 on Wednesday, April 27, 2005 at 1:30 p.m., by telephone conference before United States District Judge Harold A. Baker. The Clerk is directed to give the plaintiff's place of confinement notice of the date and time of the conference call.

IT IS FURTHER ORDERED that counsel for the defendants is hereby granted leave to depose the plaintiff at his place of confinement. Counsel for the defendants shall arrange the time for the deposition.

IT IS FURTHER ORDERED that the plaintiff immediately notify the court of any change in his mailing address and telephone number. Failure to notify the court of any change in the mailing address will result in dismissal of this lawsuit, with prejudice.

IT IS FURTHER ORDERED that the Clerk is to notify the parties of their option to consent to disposition of this case before a United States Magistrate Judge by providing the plaintiff with a magistrate consent form and accompanying court explanation. Upon receipt of a signed consent from the plaintiff, the Clerk is further directed to forward the consent to the defendants for consideration.

IT IS FURTHER ORDERED that the agency having custody of the plaintiff shall make monthly payments of 20 percent of the preceding month's income credited to the plaintiff's account. The agency must forward payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10.00 until the statutory filing fee is paid in its entirety. The filing fee collected shall not exceed the statutory filing fee of $150.00. The Clerk is directed to mail a copy of this order to the plaintiff's place of confinement, to the attention of the Trust Fund Office.

ENTER this 29th day of December, 2004.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE

cc: MARK URIOSTE

# REAL Story! Sunday 1-8-06

To Honorable Respectable Judge Mr. Brown,

June of 1979 Join the Marines cause my Father was a SGT, love my parents & God immensly! I was mean, Green fighting Marine After 15 mon's I made 1/C! SGT. Jone's work Here Took 8½ yr's, Top Jealous+ lied Gone on Duty They plantel Drug's in my Room! I Got Discharje not B.C.D. but misconduct Put Falsely in Brig! 2 of 3 yr's Got home Every Day would Jog 15 mile's a Day. I was cutting a tree 10 Ft. up branch broke I and on Ft. breathing Fire To G.C. hospital, Than in Emergency Room started gasping for oxygen for 90 min's Till Ambulance Driver of G.C. Fire deptment slap mask on my Face! That's neglegence on G.C. Hospital Part, look at my bible look All that happen! Then 8-8-86 I was wrongfully convcted of murder, Honorable Judge Chapmen wt stated Refuse me D.N.A.! Think paid under table & Going For Promotion, Sent to Dixon county Jail Got Jaw + nose broke! Major Didn't like me cause Different had me locked up 13 day's at Hillsboro out 1hr a Day to shower so I Rewrote the bible! I spent From 1988 to 1996 At menard cause Different G.'s lie's & bogas tricks to I'm put a yo-yo! From SEG to Dixon S.T.C. when head phyic DR. Duri Assigned to 1 man cell, I'm a hermit + love Alone on 4-17-96! I try follow Rules Even B.S. I don't want say thought had to work, 2 time's in Dietary Acts 2 Pan's Doing 10 other jobs. & Twice as Porter 1st Time Done by All 5 and Scalding hong Eshower's wt 3 chemicals! Didn't hear Thank you I runs bay head! Got Dizzy Than 4-30-99 Dr. meserbier Realize I'm Disable Put on indefinite layin, since Than cause

Ticket of lie's by C.O. Revellement, witness Lt. D. Burge
307 unAuthorized Movement
on The Above DAte & APProx Time This C.O. observe I/M
uRioste N87529 Exit 138 DietAry & Attempted To go North To
RD's BIDG #26. I/M uRioste wAs stopped by This C/O & WAS EScO
back To BIDG 33 & locked Down until I.D.R. Read!

Truth!
I left DietAry Everybuddy wAs wAlking Right, C.O. HAte
Pointed Just me To Go North! Then he insult & Threat me, Then
C.O. Assault & GrAbbed ARm's behind my bAck! Rushed me back
into DietAry & CAlled Lt. D. Burge wTh Andcuff's, Lt. Ruffly put
ARm's up bAck! I Kept yelling That I done Nothing wrong
but Follow A order by A C.O.! They pulled Down my blue cAp
over my Eye's where I couldn't see, bAnged my head on Double
Door's! Took To VAn & Threw me in head First! Took bAck To
cell with blue cAp over head! I would never lie, why I'm a
Roman CAtholic & XI/C in mAkino's, HonorAble Judge me, or br
even like to be lied on! C.O. winter in BIDG 38 Told me office
hAs The Right to lie, Even under oath Please if CAn I been
Treated unJust & Punished wrong, let me Go Home & PAyd off
C. Glenn RT. GAve Ticket 9-27-0! For insolence cAuse I Took
shirt off & sAy AFrAid mine bigger ThAn yours! X-RAy Didn't s
shoulder bone stickin ont, be A mAn sir only wt Respect S
FAcet of ACcio court?
                    GoD Bless you Righteous stAD
Presaint MARK. S. nRioste  N-87529
P.S. I'm A DisAbled & brAin DAmAged Person since 1986 I

I Don't work For them They lie & Give bogus Tickets! Then Lt. DAniels wt committee Gull, ble believe heR own, HAS no comPAssion Put 7 times in seg Even wot SCAR! let me Read The Ticket of lie's & Real reason! IN 1996 GAVe them The Idea About sAfty bARs in shower! commissary sold me defected idem Know I cAn't buy No where else, Headphone cheap plAstic! hAD Alot wAtch's & 13c. T.v.'s shAver's & PAid $5.49 For norelco 4401 LC, GAve old model NoMco 6423 L.C. 1st day Release button lost, sent For new one they Don't sell That model Any more! I'm confAsed I'm not cRAzy oR tAke no med's Than why in H.u. 38, Lt. GouAn Thinks cAn disRespect me & Keepin 38, yet HeAd physic DR. DuRi Assigned to lmt need Any wheR! 38 cAn't move bed no toilet seats, soap Dish no toilet pAper holder! C.o. RAnos think RetARded & Disrespect NAme, C.O. RodRiguez hAs squeezed my NutS & C.O. oden thAt FinD Juice I find in trAsh c An Assume From Dietary Gives bogus ticket! I Got AbunDAnce medicAl pRo- I use commissAry Nut to inflict on Anyone! I hAve AbundAnce of compAssion so I Give A Roll or shot of coffee They GruDy cAll it trAffic & trADin why I Give From the heart for nothing! TheRe's no love For life on comp Assion I Don't Go to suppeR when C.O. oden thAt works, only me he feel's & shAke Down! Am An issue stAR you A mAn, your Job title EARn Right be cAlled A Righteous stAR & God Bless you!                       N-87569

PResAint MARK S. URioste

Ticket of Lie's by C.O. Revellement, witness Lt. D. Burge 307 unAuthorized Movement on The Above DAte & APProx Time This C.O. observe I/M URioste N87529 Exit 138 DietAry & Attempted To go NORTh TowA RD's BLDG #26. I/M URioste wAs stopped by This C/O & wAs EscortEd bAck To BLDG 33 & locked Down until I.D.R. Read!

TRuth!

I Left DietAry Everybuddy wAs wAlking Right, C.O. HAte me Pointed Just me To Go NORTh! Then he issued 4 Threat me, ThAn b.o. AssuAlt & GrAbbed ARm's behind my bAck! Rushed me bAck into DietAry & cAlled Lt. D. Burge with And cuff's, It Ruffly pulled ARm's up bAck! I kept yelling ThAt I done Nothing wRong but Follow A order by A C.O. They pulled Down my blue cAp OVER My Eye's where I couldn't see, bAnged my heAd on Double Door's Took To VAn & Threw me in head First! Took bAck To my RomAn cAtholic & XIV coin mAkings. HonorAble Judge MR. brown Even Like To be lied on! C.O. winter in BLDG 38 Told me officer's hAs The Right To lie, Even under oath Please if I CAn't been TreAted UnJustly Punished wrong Let me Go Home & PAid off! C. GleAn R.I. GAve Ticket 9-27-04 For insolence. CAuse I Took my shirt off & sAy Afraid mine bigger ThAn yours, X-rAy Didn't show shoulder bone stickin, out be A mAn Sir only wT Respect See me FAce To FAce in court?

    God Bless you Righteous stud
PresAint MARK.S. URioste N-87529
P.S. I'm A DisAbled & brAin DAmAged Person Since 198
my ConstitutionAl Rights violAted!