IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MARK S. URIOSTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 04-1380 |
| ) | |
| NURSE C. NELSON; et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DECLARATORY JUDGMENT

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and for their response to plaintiff's motion for default judgment and declaratory judgment, stating as follows:

1. Default judgment would be inappropriate in this case because the defendants have answered and actively participated in this case.

2. Defendants are unable to respond to the remainder of the plaintiff's motion which is unintelligible.

WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

respectfully request that this Court deny plaintiff's motion for default judgment and declaratory judgment.

          Respectfully submitted,

          CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

              Defendants,

          LISA MADIGAN, Attorney General, State of Illinois,

              Attorney for Defendants,

David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, Illinois  62706      By:  /s/David M. Walter
217/782-5819                            David M. Walter
                                        Assistant Attorney General

Of Counsel.

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed Defendants' Response to Plaintiff's Motion for Default Judgment and Declaratory Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on March 29, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

> Mark Urioste, #N-87529
> Dixon Correctional Center
> 2600 Brinton Avenue
> Dixon, IL 61021

> Respectfully submitted,
> s/David M. Walter
> Assistant Attorney General
> 500 South Second Street
> Springfield, IL 62706
> (217)782-5819
> (217) 524-5091 (facsimile)
> dwalter@atg.state.il.us
> #6244907

3