DATE: APRIL 25, 2006    ①

E-FILED
Thursday, 11 May, 2006 06:25:55 PM
Clerk, U.S. District Court, ILCD

MAY 11 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# IN THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| MARK S. URIOSTE<br>PRISONER AND MENTAL PATIENT<br>PLAINTIFF<br>-VS-<br>NURSE G. NELSON, ET AL<br>DEFENDANTS | No. 04-1380<br>JURISDICTION<br>42 U.S.C. § 1983<br>AND FEDERAL RULES OF CIVIL PROCEEDINGS RULE 8(a)(2) - NOTICE OF PLEADING |

"REQUEST FOR DECLARATORY JUDGMENT AND DEMAND FOR $ 800,000.00 OR ANY JUST FAIR, EQUITABLE AMOUNT THIS COURT DECIDES"

AND [MOTION FOR COUNSEL]

A LIBERAL INTERPRETATION OF THIS PRO SE COMPLAINT BY A STATE PRISONER AND MENTAL PATIENT APPLY ALL CASES AND LAWS CITED IN: FRENCH -V- HEYNE 547 F2d 994, 996 (7th Cir. 1976)

PRO SE IN FORMA PAUPERIS
SINCERELY YOURS,

MARK S. URIOSTE - N87529
~~[scribbled out]~~
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021

"SIGNATURES OF DEFENDANTS, HAVE PERSONALLY SIGNED ANY SWORN AFFIDAVITS DENYING ANY OF MY REQUEST AND ALLEGATIONS! DEMAND FOR MONETARY AWARD!"

"AND INJUNCTION"

NO. 1

THE DEFENDANTS ARE NOT ENTITLED TO AFFIRMATIVE DEFENSE BECAUSE THEY VIOLATED PLAINTIFF'S CLEARLY ESTABLISHED STATUTORY AND CONSTITUTIONAL RIGHTS WHICH A REASONABLE PERSON WOULD HAVE KNOWN.

BECAUSE,

(A)

THIS PLAINTIFF IS SUEING THE DEFENDANTS AS PERSONS BEING RESPONSIBLE FOR THE NATURAL CONSEQUENCES OF THEIR OWN ACTIONS.

APPLY

MONROE-V-PAPE, 365 U.S. 167-187 (1961); STRINGER-V-ROWE, DIRECTOR OF ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL, 616 F.2d 993, 1028-1031 (7th Cir. 1980); CHAVIS-V-ROWE, DIRECTOR OF ILLINOIS DEPT. OF CORRECTIONS, 643 F.2d 1281 at 1290 (7th Cir. 1981)

(3) TO HAVE REQUEST
AND LIEUT. GORMAN TAKE
POLYGRAPH LIE DETECTOR
LEGAL CLAIMS    TEST
(A) ALLOWED IN ILLINOIS
GOVERNMENT

NURSE C. NELSON AND LIEUTENANT
GORMAN - ARE THE ONES WHO
PERSONALLY VIOLATED THIS PLAINTIFF'S
WELL-ESTABLISHED CONSTITUTIONAL
RIGHTS BY WRITING A FALSE
DISCIPLINARY REPORT ON PLAINTIFF
FOR "SEXUAL MISCONDUCT" WHEN THIS
PLAINTIFF ACCIDENTALLY TOUCHED
NURSE NELSON WHILE SHE WAS
PUTTING EYE DROPS IN HIS EYES.
HE PLAINTIFF ACCIDENTLY BUMPED
UP AGAINST NURSE NELSON
AND
LIEUTENANT GORMAN CALLED
HIM A FREAK AND "PERVERT"
CONSTITUTING
(1) SLANDER; (2) LIBEL; (3) CRUEL
AND UNUSUAL PUNISHMENT. [APPLY
ALL LAWS AND CASES CITED IN
PERSONALLY VIOLATING THIS
PLAINTIFFS "U.S. CONST. AMMOS. 8th"
CRUEL AND UNUSUAL PUNISHMENT"
EXCESSIVE DISPROPORTIONATE PUNISHMENT
AND UNNECESSARY PUNISHMENT [UNJUSTIFIED,
ILLEGAL, UNLAWFUL, UNCONSTITUTIONAL AND
CAUSING MENTAL & PHYSICAL INJURY]

## LEGAL CLAIMS

(B)

DEFAULT JUDGMENT WOULD BE MORE THAN APPROPRIATE IN THIS CASE BECAUSE DEFENDANTS HAVE NOT ANSWERED ALL OF MY CLAIMS AND ALLEGATIONS AND,

(1). DEFENDANTS HAVE NOT GAVE TRUE, ACCURATE, RELIABLE ANSWERS TO THE OTHER ALLEGATIONS AND,

(2). DEFENDANTS ERNESTINE DANIELS [LIEUTENANT], ROSS CHANDLER COUNSELOR ARE GUILTY OF NOT GIVING ME A FULL, FAIR, AND IMPARTIAL DISCIPLINARY HEARING ON MY DISCIPLINARY REPORT BECAUSE

(3). THEY DENIED ME OPPORTUNITY TO PRESENT RELEVANT RELIABLE DEPENDABLE WITNESS AND EVIDENCE ON MY BEHALF- IN VIOLATION OF MANDATED CASE OF; WOLFF v. McDONNELL, U.S. SUPREME [1974]

AND

(4). THEY GAVE ME+EXCESSIVE SENTENCE OF SEGREGATION CONFINEMENT, LOSS OF GOOD TIME, C GRADE PLACEMENT, WHICH WARDEN CHANDLER APPROVED OF,

(5) DECLARATORY
JUDGMENT IS SUSTAINED
AND SOUGHT INJUNCTION

## LEGAL CLAIMS

(C) THIS PLAINTIFF IS A INDIGENT STATE PRISONER AND MENTAL PATIENT FOR THE PAST 6 YEARS — ~~THEREFORE~~ COUNSEL SHOULD BE APPOINTED TO REPRESENT THIS PLAINTIFF TO PROTECT HIS CONSTITUTIONAL RIGHTS —

APPLY — WASHINGTON-V-HARPER 494 U.S. 210 (1990); RIGGINS-V-NEVADA, 504 U.S. 127 (1992); FOUCHA-V-LOUISIANA, 504 U.S. 71 (1992)

IN THESE ABOVE CITED CASES AND CASES CITED IN ABOVE CITED CASES U.S. SUPREME COURT MANDATED COUNSEL TO AID AND ASSIST MENTAL PATIENTS.

(D) IT IS THE LEGAL DUTY OF CITY, COUNTY, STATE, AND FEDERAL ~~xxxxx~~ INSTITUTIONS TO PROTECT AND TAKE CARE OF THOSE INMATES IN THEIR CUSTODY AND NOT ABUSE AND MISUSE THEIR AUTHORITY —

APPLY ALL LAWS AND CASES CITED IN DESHANEY-V-WINNEBAGO CNTY. ECT. 489 U.S. 189-194 (1989)

(6) ALL PLAINTIFFS ALLEGATION
ARE ASSUMED TO BE
TRUE TILL PROVEN DIFFERENT
WITH DENOVA
HEARING

LEGAL CLAIMS

1. CLAIM I AM A MILITARY VETERAN OF THE ARMY AND HONORABLE DISCHARGED AND ALSO OF THE CATHOLIC RELIGION FOR MANY YEARS

AND

WHILE I WAS CONFINED IN SEGREGATION AND IN X-HOUSE RHU FOR MANY MONTHS — I WAS DENIED AND DEPRIVED MY RIGHTS TO

(1) ATTEND ANY CATHOLIC MASS AND OTHER CATHOLIC SERVICES

(2) DENIED AND DEPRIVED OF RIGHT TO ATTEND ANY VETERANS SERVICES.

NOW RECENTLY

I AM BACK IN SEGREGATION ON ANOTHER FALSE - SEXUAL MISCONDUCT CHARGE — BASED ON RETALIATION FOR ME HAVE FILED THIS PENDING LAW SUIT. THEREFORE

I NOW REQUEST A FULL, FAIR COMPLETE DE NOVA HEARING WITH COMPLETE DISCOVERY PROCEEDINGS AND JURY TRIAL — AND DECLARATORY JUDGMENT AND INJUNCTION —

FEDERAL LAWS AND CASES FOR IMMEDIATE DECLARATORY JUDGEMENT AND MONETARY AWARD OF $800,000.00 OR ANY AMOUNT THE COURT DECIDE IS FAIR JUST AND EQUITABLE

"FED. RULES CIV. P. RULE 1 ENCLOSE "THESE RULES APPLY TO ALL ACTIONS IN THE FEDERAL COURTS"

"FED. R. CIV. P. RULE 8(a)"
MONROE-V-PAPE 365 U.S. 167-187 (1961) [ABUSE AND MISUSE OF CITY COUNTY STATE, OR FEDERAL POWER AND AUTHORITY]

"42 U.S.C. § 1983" TO BE FINANCIALLY COMPENSATED FOR DEPRIVATIONS OF U.S. AND ILLINOIS CONSTITUTIONALLY PROTECTED RIGHTS. APPLY ALL LAWS AND CASES CITED IN CAREY-V-PIPHUS 435 U.S. 247 (1978);
AND
WOLF-LILLIE-V-SONQUIST 699 F.2d 864 (7th CIR. 1983); RUIZ-V-ESTELLE, 679 F.2d 1115 (5th CIR. 1982)

## "CONCLUSION"

I now respectfully request "Injunction" and "Declaratory Judgment" pursuant to and applied by all laws and cases cited herein below stated cases.

Monroe-v-Pape, supra; Ruiz-v-Estelle, supra; Adickes-v-S.H. Kress & Co., 398 U.S. 144, 232 (1970); Estelle-v-Gamble, 429 U.S. 97, 108 (1976); Jordan-v-Gardner, 986 F.2d 1521 (9th Cir. 1993); Graham-v-Connor, 490 U.S. 386, 398 (1989); Farmer-v-Brennan, 511 U.S. 825 (1994). — I claim defendants acted with knowledge, intent and with deliberate indifference and maliciously and sadistically for the very purpose of causing serious injury and permanent mental and physical damage and deprivation of herein stated rights.

I now also request $800,000.00 or any amount this court decide is just, fair and equitable because they are not immune from damages — apply Clinton, U.S. President v. Jones, 520 U.S. 681 (1997).

Sincerely yours, Pro Se

Mark S. Urioste - N87529
Dixon Correctional Center
2600 N. Brinton Ave
Dixon, Illinois 61021