IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MARK S. URIOSTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 04-1380 |
| | ) | |
| NURSE C. NELSON; LIEUTENANT E. DANIELS; COUNSELOR ROSS ANDERSON; ACTING WARDEN N. CHANDLER; SUPERINTENDENT MARY HENRY; LIEUTENANT GORMAN; | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO
## PLAINTIFF'S REQUEST FOR DECLARATORY JUDGMENT

NOW COME Defendants, CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN (herein collectively the "Defendants"), by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, and hereby respond to the Plaintiff's Request for Declaratory Judgment (Doc. No. 42) stating as follows:

On May 11, 2006, the Plaintiff's Request, seeking declaratory judgment against the Defendants was filed. Although the document is difficult to follow, it appears the Plaintiff is seeking preliminary injunctive relief.

The Seventh Circuit Court of Appeals has reiterated the standards for granting a preliminary injunction stating, in pertinent part, as follows:

> In order to be awarded preliminary injunctive relief, a plaintiff "must establish a reasonable probability of success on the merits, irreparable injury, the lack of serious adverse effects on others, and sufficient public interest.

\* \* \*

Moreover, the nature of the relief granted affects our review: "mandatory preliminary writs are ordinarily cautiously viewed and sparingly issued." Shango v. Jurich, et al., 681 F.2d 1091, 1096-1097 (7th Cir. 1982) (holding that district court had abused its discretion in granting inmate mandatory preliminary injunction and ordering prison officials to transfer prisoner back to his preferred prison).

Here, the Plaintiff has not demonstrated a reasonable probability of success on the merits, irreparable harm, a lack of serious adverse effects on others, or a sufficient public interest.

WHEREFORE, Defendants CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN respectfully request that this Court deny the Plaintiff's "Request for Declaratory Judgment" and grant them such other relief as the Court deems equitable and just.

Respectfully submitted,

CONNIE NELSON, ERNESTINE DANIELS, ROSS ANDERSON, NEDRA CHANDLER, MARY HENRY, and MICHAEL GORMAN

Defendants,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendants,

David M. Walter, #6244907
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
217/782-5819

BY: /s/David M. Walter
    David M. Walter
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed Defendants' Response to the Plaintiff's Request for Declaratory Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on May 26, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

>Mark Urioste, #N-87529
>Dixon Correctional Center
>2600 Brinton Avenue
>Dixon, IL 61021

>Respectfully submitted,
>s/David M. Walter
>Assistant Attorney General
>500 South Second Street
>Springfield, IL  62706
>(217)782-5819
>(217) 524-5091 (facsimile)
>dwalter@atg.state.il.us
>#6244907