# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**Mark S. Urioste**

vs.

Case Number: **04-1380**

**C. Nelson; E. Daniels; Counselor Ross; N. Chandler; Mary Henry; and Liet Gorman**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the defendants and against the plaintiff pursuant to 42 U.S.C.§1997e(a). The parties are to bear their own costs.

ENTER this 28th day of June, 2006.

JOHN M. WATERS, CLERK

s/M. Leininger
BY: DEPUTY CLERK

04-1380 jgm