FILED
JUL 10 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Sir,

I Recieve This "Offender Authorization For Payment of $68.06 Filing Fee - Case 04-1380 A court order! Reads my Balance Due $81.94, How I was looking Threw my Papers, I Found Paper That Reads Filing Fee Case 04-1380 Date 2-24-05! It Reads Balance Due PD in Full! So whats up you Trying To Rip me off, check No-62113 Date 7-15-05! At Time I was in Housing unit 38, but Now I'm in Housing unit 66 2 man cell which is much Better, Thats Double Jeopardy, I Kept The Proff! Thank you,

God Bless you,

Presaint md aks. VRiveste N-87529