DATE: 7-9-2006

E-FILED
Wednesday, 12 July, 2006 01:33:11 PM
Clerk, U.S. District Court, ILCD

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES
DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| Mark S. Uriaste Plaintiff, Prisoner and Mental Patient -vs- Nurse C. Nelson et al Defendants | No. 04-1380 Apply - Atkins -v- Virginia 536 U.S. 304 (2002) and enclosed exhibits - attached to be returned as soon as possible for Appeal |

"Motion For Appointment Of Counsel"

I MARK S. URIOSTE, NOW STATE ON MY OATH FOR OVER PAST 9 YEARS AND MORE I HAVE BEEN A MENTAL PATIENT IN THE CARE OF ILL. DEPT. OF CORRS.

I DO NOT HAVE MONEY TO HIRE PRIVATE LAWYER WITHOUT DEPRIVING MYSELF OF THE BASIC NECESSITIES OF PRISON LIFE. APPLY-CRIMINAL JUSTICE ACT OF 1964.

DATE: 7-9-2006
SINCERELY YOURS PRO SE IN FORMA PAUPERIS
Mark S. Urioste N-87529
MARK S. URIOSTE - N-87529
DIXON CORRECTIONAL CENTER
2600 N. BRINTON AVE.
DIXON, ILLINOIS 61021

Mr. & Mrs. Felix Urioste
1132 Greenwood
Madison, IL  62060

July 30, 1987

Major Jack Fields
405 Randle
Edwardsville, Il  62025

RE: **MARK URIOSTE**

Dear Major Fields:

**LET IT BE KNOWN:**

Mark Urioste, a disabled and brain damaged person, had his constitutional rights violated. Mark was put in your care last August. We wrote to you back in November and told you that he was being abused and beat up by some guards and inmates. The situation has gotten worse. We are giving you a list of the days he has suffered pain and mental anguish. We know the names of everyone involved. The Sheriff Department should follow their motto, Justice under the Law.

Sincerely,

Mr. & Mr. Felix Urioste

**WILLARD V. PORTELL**
CLERK OF THE CIRCUIT COURT

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE ___THIRD___ JUDICIAL CIRCUIT

___MADISON___ COUNTY — IN PROBATE

In the Matter of the Estate of

MARK URIOSTE

A Disabled Person

No. ___82-P-739___

**LETTERS OF OFFICE — GUARDIAN OF ESTATE**

FELIX J. URIOSTE

_____ has been appointed

___GUARDIAN___ of the ___ESTATE & PERSON___
(Guardian)                          (Estate or Estate and Person)

of ___MARK URIOSTE___, a disabled person and is authorized to have under the

direction of the court the care, management and investment of the ward's estate ___AND THE CUSTODY___

___OF THE WARD___, and to do all acts required of him by law.
(and the custody of the Ward)

Witness, ___NOVEMBER 17___, 19_82_.

(Seal of court)

_Willard V. Portell_
(Clerk of the Circuit Court)

**CERTIFICATE**

I certify that this is a copy of the letters of office now in force in the estate.

Witness, ___NOVEMBER 17___, 19_82_.

(Seal of court)

_Willard V. Portell_
(Clerk of the Circuit Court)

Name ___MICHAEL J. MEEHAN___

Attorney for _____

Address ___1326 NIEDRINGHAUS___

City ___GRANITE CITY, ILLINOIS 62040___

Telephone ___452-1323___

# Clerk's Certificate of Copy with Judge's Verification - Circuit Court

STATE OF ILLINOIS, } ss.
Madison County,

I, WILLARD V. PORTELL, Clerk of the Circuit Court in and for said county, in the state aforesaid, do hereby certify the foregoing to be a true, perfect and complete copy of

LETTERS OF OFFICE IN THE MATTER OF THE ESTATE OF MARK URIOSTE, A DISABLED PERSON, AS THE SAME APPEARS ON FILE AND OF RECORD IN MY OFFICE IN FULL FORCE AND EFFECT AS OF THIS DATE.

IN TESTIMONY whereof, I have hereunto set my hand and affixed the seal of said Court, at my office in Edwardsville this 21st day of MAY A.D., 19 86

_____
Clerk of the Circuit Court

STATE OF ILLINOIS, } ss.
County of Madison,

I, LOLA MADDOX one of the Judges of the Third Judicial Circuit of the State of Illinois, do hereby certify that WILLARD V. PORTELL whose name is subscribed to the foregoing Certificate of Attestation, now is, and was at the time of signing and sealing the same, Clerk of the Circuit Court of Madison County aforesaid (which County is in said Judicial Circuit), and keeper of the records and seals thereof, duly elected and qualified to office; that full faith and credit are and of right ought to be given to all his official acts as such, in all Courts of record and elsewhere and that his said attestation is in due form of law and by the proper officer.

Given under my hand and seal, this 21st day of MAY 19 86

_____
Judge

STATE OF ILLINOIS, } ss.
Madison County,

I, WILLARD V. PORTELL, Clerk of the Circuit Court, in and for said County in the State aforesaid, do hereby certify that LOLA MADDOX whose genuine signature is appended to the foregoing certificate, was, at the time of signing the same, one of the Judges of the Third Judicial Circuit of the State of Illinois (of which Judicial Circuit the said Madison County forms a part); duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such in all courts of record and elsewhere.

IN TESTIMONY whereof, I have hereunto set my hand and affixed the seal of said Court, at my office in Edwardsville this 21st day of MAY A.D., 19 86

_____
Clerk of the Circuit Court

State of Illinois — Department of Corrections

# Problem List

Resident's Name: Trieste    Resident's Number: N87529

| Problem Number | Date Entered | Problem | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 1/88 | Brain damage due to injury — poor coordination and slurred speech  NKA | | |
| II | 1/14/88 | Axis I - Mixed Organic Syndrome<br>" II - Borderline Personality<br>" III - Hx of Head Injury (as above) | | |
| III | 5/25/93 | Left 7th & 8th Rib Fracture | | |
| IV | 7/12/94 | Not to use Treadmill due to improper use | | |
| 5 | 12-11-95 | IntraArticular Fx of the Distal Fibula | | |
| | 4-15-96 | MCC PROBLEM LIST UPDATED AS DATE & INT. RHCM. NO Addition  No Changes | | |
| | 1/29/99 | Lay in 1 month → 2/28/99 | | |
| | 4/30/99 | Layin indefinitely | | |
| 6 | 5/22/99 | Personality change secondary to Head Trauma | | |
| | 8/10/99 | Lay in indefinitely | | |
| | 3/10/00 | May have Straws @ Meals NSD | 8/18/00 | no straw |
| | 4/22/00 | May property box lid off NSD | | |
| | 2/3/03 | Lay Inn Indefinately | | |

DC 7141-A   IL 426-0061   Revised, October, 1986