

FILED
E-FILED
Wednesday, 19 July, 2006 02:37:50 PM
Clerk, U.S. District Court, ILCD
JUL 19 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

1

To Honorable Judge Mr. brown

Sir with Respect to you why TeR 1380, 04-1380 cause it wasn't my fault we both been setup how? The 05-1098 defendants Hired A fag name Rachel Abet, He would Follow me Around say I love you, I'll say stand behind me satan I walk in the light of lord I'll Roman Catholic! I been A Hermit For 19 yr's 11 mon's 8 days so I stay in my cell, They earlier hired A witness to lie say I was by his cell Getting my willie wonka sucked! 4-8-06 I was A Good 3 or 4 Feet in my cell, I'm polite turned my head to cough! Rachel seen advantage jump in cell pulled sweats down, Put his chocolate factory over all willie wonka & sucked away! Afraid if I yelled would take my manhood Away. I put my hands up to signal Go Get officer, They stup'd think that I enjoyed it. No way I'm Homo-sApien A former marine. At first I told It. Gorman nothing happen cause I was embarrass for I should of took him I'm A trained marine, next sunday, I was thinking big black Inmate & I'm disable! So I wrote to It. Daniels & Gorman that I was violated, They knew set men up knew they was going to loose the case! I spend 61 days of 2 months sentence. Rachel Got 3 mon's did 90 days than Got transfer over to pinky ville, know go to another prison they let you wonder free but I stayed done time! I couldn't contact my lawyer, All paperwork Got lost. After 61 days At 6:30 P.M. on Thursday It. put in House unit 38 A crazy house why I'm sane & take no med's! Next day After breakfast I moved to X-house D.P.U. B-wing, cell 13? An hour later back over

continue

To H.U. 38 Till sunday Afternoon. I seen Lt. Gormant Told him my situation Lt. Got mad, said I assigned you Too 2 man cell status back in Feb! Got my straw's & went To lunch, back to 38 Got moved back to D.P.U. b-wing cell 41? than monday Afternoon Found ly back home To House unit 66, on south & lawyer on north mr. sullivan! Now Get the proff that I Got brain-damage. Also I'm physical Ailment, but Another setback June 30 At 12:50 P.M. I was watching A show it's commercial Time. I had my hards in pocket say nothing see what Roommate is doing, George Montemayer First say's "what The Fuck Are you doing Here!" I say "speak only when you Are spoken Too," then more word's no contact! I was leaving, Turn To Quick I lost my balance almost fell on my face!" C.O. Hinton gave Ticket 207 Intimidate & Threats

Read's   on the above date & approximate Time This C.O. observe I/m Uriosto N-87529 yell at four other inmate's who were seated in the day room playing cards. The four inmate's wer mahan R-11254, belcher K-51777, Allen K-65635 & montemayer R-44473. This C.O. Told Uriosto to leave The Day Room, Then I/m Uriosto N-87529 made a fist & lunged Toward The other Inmate's. No contact were made. This was not horseplay, what I was going beat up all 4 of Them come on? see I'm Totally misunderstood why Get Alot of tickets, I had 2 witness's Admit that I Didn't do Anything! Kari mahan R-11254 & David belcher K-51477

not K-51777 Do They cARe hAvent in The PAST! It. ms. DAniels with The committee Don't hARDly EVER TAlK To my witnesses!!! been on Room Restriction since June 30, & now July 16 still on W.O. ms. chANDler TAlK to both of my witnesses on 7-3! They sAy Did nothin, but in 1 EAR & out the other, bAck in APRiL W.O. ms. chANDler promise me A speciAl shop, so I cAn buy my 15Th C.T.V. I Get out 8-8 hope! been 2 yrs AwAy From luve one's Don't you think I hAD Enough, Why 3yrs pARole & 3yrs weARing A monitor device! ThAn I couldn't TRAvel with my loving PARents, who I A Dore A lot cAn't wAit to EmbRAce them in my ARms! Here is speciAl TReAtment center Right, If so why TReAt el As A FReAk or RetARded! bogus Tickets from C.O. who hAve Given me The middle FingeR, FinAlly I Got The Proof Together Prove's I hAve bRAin-DAmAGe Also PhysicAl Ailment Now could use An Attorney! 7-3 on munDAy A shock cAse been TerminAted Know defendAnts Are hAppy set up worked!!! wAs It The defendAnt's lAwyer worry if I Got bRAin-DAmAGe oR physicAl Ailment! should worry About Running, The stAte Right by keeping Records stRAight & up to dAte! I Got Proof Got A letter From Attorney GenerAl lisA MADigAn DAted MAy 26 of 06, It wAs certify by AssistAnt Attorney GenerAl DAviD M. WAlteR! It ReAds Acting WARden N. chANDler who's been ReAl wARden For over A yR, Also SuperinTendent MARy Henry who Now AssistAnt wARden MARy Henry!

P.S. I'm Innocent I would like Permission To shakedown House Unit 3's South & North locate Items stolen on April 8 That Saturday! 18 Cass Tape's Marked & Pillow Given by C.O. Rod Ryne 5-30-05! Marked clothes & Exc. Please Don't Terminate Case 04-1380 or Assign A new Judge, cause That's why set me up & put in Segregation? Don't let Them win by Trickery, cause I was done wrong & lied on! Punished unfairly cause I'm misunderstood, I Am Far From Perfect As Found & I sent Proof so please Re-open Case 04-1380! Do The Honorable Judge Mr. Brown like To be lied too cause I Don't, Is not That on Th mean, if you lie "it's" to you? Lt. Gorman & R.N. C. Nelson both lied underneath I wanted To be There watch come clean! Lt. Gorman did say "Shut up-Pervert" & yank me up Push & Throw in Truck, R.N. C. Nelson stand over Putting Eye Drop's in! R.N.C. Nelson Knows wasn't Acting Professional why lie on oath or d.o.c., but I sent Truth in letter of 2004! I wanted to see both of them Squirm out of situation, Lt. Daniels Trade Mark been Gullible but Now not Too much, W.O. she shouldn't Approve the lie's without knowin The Facts & me? Now A/w Ms. Henry Putting in D.P.U. why I'm S.T.C. been here since 4-10-96! Hand Do shake why Else do I Keep property lid off box, & recieve 2 straws on sunday Afternoon? Cause I'm Perfectly Normal I say not! I have The utmost Respect To All The Honorable Judge Mr. Brown A Righteous Stud, but Mr. Walter's Don't Think So? How could he cAny keep his Records straight & up To DAte!
God Bless your Firm heart,
Righteous stud. "Soon's Aint MARK"

Presaint MARK. S. Urius ★ N-87529