E-FILED
Friday, 21 July, 2006  12:03:11 PM
Clerk, U.S. District Court, ILCD

# SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

District: Central Dist of IL                Docket No.: 04-1380

Division: Peoria

### Plaintiff (Petitioner) Short Caption Defendant (Respondent)

Mark S Urioste                v.    Nelson et al

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

| | |
|---|---|
| Name: Mark S. Urioste | Name: David Walter |
| Firm: Dixon Corr Ctr | Firm: IL Atty General |
| Address: 2600 N Brinton Ave | Address: 500 S Second |
| Dixon, IL 61021 | Springfield, IL 62706 |
| Phone: 815-288-5561 | Phone: 217-782-5819 |

---

Judge: Harold A. Baker                Nature of Suit Code: 550

Court Reporter: Toni Judd             Date Filed in District Court: 1-/29/2004

                                      Date of Judgment: 6/28/06

                                      Date of Notice of Appeal: 7/20/06

Counsel:   ___Appointed     ___Retained   _X__Pro Se

Fee Status:   ___Paid    _X__Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    _X__No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order: ____n/a_____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _n/a_____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**