E-FILED
Thursday, 27 July, 2006 10:13:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES COURT OF APPEALS

SEVENTH CIRCUIT

CLERK OF THE
COURT

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TELEPHONE
(312) 435-5850

FILED
JUL 27 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   06-3004                Docketed on: 7/21/06
Short Caption:         Urioste, Mark S. v. Chandler, Nedra
District Court Judge:  Harold A. Baker
District Court No.:    04 C 1380

If you have any questions regarding this appeal, please call this office.

(1003-012490)

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### FEE NOTICE and ORDER

**Date:** July 25, 2006
**Re:** Urioste, Mark S. v. Chandler, Nedra
    Appeal No.: 06-3004

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1380, Harold A. Baker, Judge

To:    Mark S. Urioste
       DIXON CORRECTIONAL CENTER
       #N-87529
       2600 N. Brinton Avenue
       Dixon, IL  61021

    Circuit Rule 3(b) empowers the clerk to dismiss an appeal if the docket fee is not paid within fourteen (14) days of the docketing of the appeal. This appeal was docketed on 7/21/06. The District Court has indicated that as of 7/20/06 the docket fee has not been paid. Depending on your situation, you should:

1. Pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, **if you have not already done so.** The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the District Court, along with a certified copy of your prison trust account statement for the 6 month period preceding the filing of the notice of appeal, **if you have not already done so.** An original and three copies of that motion, with proof of service on your opponent, is required. This motion must be supported by a sworn affidavit in the form prescribed by Form 4 of the Appendix of Forms to the Federal Rules of Appellate Procedure (as amended 12/1/98), listing the assets and income of the appellant(s).

3. If the motion to proceed on appeal in forma pauperis is denied by the district court, you must either pay the required $450.00 docketing fee PLUS the $5.00 notice of appeal filing fee to the District Court Clerk, within 14 days after service of notice of the action of the district court, or within 30 days of that date, renew your motion to proceed on appeal in forma pauperis with this court. If the motion is renewed in this court, it must comply with the terms of Fed. R. App. P. 24(a). In addition, you must provide this court with a brief memorandum explaining why you contend the district court's denial of leave to proceed

on appeal in forma pauperis is erroneous.  **NOTE:** The document should be titled "MEMORANDUM IN SUPPORT OF PLRA MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS" and must be filed within 30 days of service of the order of the district court.

Further, this appeal is subject to the Prison Litigation Reform Act.  Accordingly,

**IT IS ORDERED** that all other proceedings in this appeal are **SUSPENDED** pending the assessment and payment of any necessary fees.  See <u>Newlin v. Helman</u>, 123 F.3d 429, 434 (7th Cir. 1997).  The court will take no further action in this appeal until the fee status is resolved.

Neither party should tender any brief or motion that is not related to appellant's fee status on appeal.  Appellee is under no obligation either to file a brief or to respond to any such motion filed by appellant.  Any motion not related to appellant's fee status will be deemed denied without further court action.


(1261-040500)
bcc:   John M. Waters