# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**FILED**
JAN - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Date: December 29, 2006

By the Court:

No. 06-3004

MARK S. URIOSTE,
    Plaintiff - Appellant
  v.

NEDRA CHANDLER, MARY HENRY, C. NELSON, Nurse, et al,
    Defendants - Appellees

Appeal from the United States District Court for the
Central District of Illinois
No. 04 C 1380, Harold A. Baker, Judge

    The pro se appellant was DENIED leave to proceed on appeal in forma pauperis by the district court on 11/13/06. The pro se appellant has neither paid the $455 appellate fees nor filed a motion for leave to proceed on appeal in forma pauperis in the appellate court as prescribed in Fed. R. App. P. 24(a). Accordingly,

    **IT IS ORDERED** that this appeal is **DISMISSED** for failure to pay the required docketing fee pursuant to Circuit Rule 3(b).

    **IT IS FURTHER ORDERED** that the appellant pay the appellate fees of $455 to the clerk of the district court. The clerk of the district court shall collect the appellate fees from the prisoner's trust fund account using the mechanism of Section 1915(b). <u>Newlin v. Helman</u>, 123 F.3d 429, 433 (7th Cir. 1997).

(1241-PLRA(g)-110597)

A True Copy
Teste:
/s/ Kopacuski, deputy
Clerk of the United States
Court of Appeals for the
Seventh Circuit

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:   December 29, 2006

TO:     John M. Waters
        United States District Court
        Central District of Illinois
        Room 309
        100 N.E. Monroe Street
        Peoria, IL  61602

FROM:   Clerk of the Court

RE:     06-3004
        Urioste, Mark S. v. Chandler, Nedra
        04 C 1380, Harold A. Baker, Judge

Herewith is the mandate of this court in this appeal. A certified copy of the opinion/order of the court shall constitute the mandate.

There was no record filed with this court in this cause.

Copies of this notice sent to:          Counsel of record

[ ]    United States Marshal

[ ]    United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

Date: _____          _____
(1202-052495)                              Deputy Clerk, U.S. District Court